UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Victoria Guster –Hines, et al.
                                       Plaintiff,

v.                                                     Case No.: 1:20–cv–00117
                                                    Honorable Mary M. Rowland

McDonald's USA, LLC, et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 7, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate judge motion hearing held on 3/7/2022 and continued to 3/10/2022 at 3:00 p.m. in courtroom 2214. For reasons stated on the record: (1) Plaintiffs' request for rule to show cause [151] is denied; (2) Plaintiffs' motion to supplement [148] is granted, Defendants' related request for sanctions is denied, and Defendants' response to the supplemental arguments is due by 3/17/2022; (3) Defendants' motion to quash non–party subpoenas or, in the alternative, for entry of a protective order [118] is granted; and (4) Plaintiffs' motion for miscellaneous relief [161] is granted in part (as further indicated below) but otherwise denied. With respect to Defendants' motion for a protective order from certain of Plaintiffs' written discovery requests [138], by noon on 3/9/2022, Plaintiffs are to file a status report identifying (but not arguing) 40 discovery requests they want the Court to rule on at the 3/10/2022 hearing. If Plaintiffs decide to narrow or modify any of the 40 requests in light of the Court's remarks today, they should include the specific language of the revised requests in the status report. If so, Defendants are then to file a status report by noon on 3/10/2022 with revised answers (if any). In granting (in part) Plaintiffs' motion for miscellaneous relief [161], the Court ruled that Plaintiffs may include discovery requests at issue in their motion to compel [145] as part of the 40 to be ruled on at the 3/10/2022 hearing if the requests are also at issue in Defendants' motion for protective order [138]. In addition, the Court will hear the parties' positions at that hearing on whether there are specific issues raised in the motion to compel [145] that require additional briefing as they do not overlap with issues already briefed as part of Defendants' motion for protective order [138]. Counsel for Defendant Easterbrook is granted leave to attend the 3/10/2022 hearing by telephone. The toll–free number for the hearing is 877–336–1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.