# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **VICTORIA GUSTER-HINES and DOMINECA NEAL,** <br><br> Plaintiffs, <br> vs. <br><br> **McDONALD'S USA, LLC, et al.** <br><br> Defendants. | Case No. 1:20-cv-00117 <br><br> Judge Mary M. Rowland <br><br> Magistrate Judge Sheila M. Finnegan <br><br> Jury Trial Demanded |

## PLAINTIFFS' MOTION TO COMPEL

### To Override Assertions of Attorney/Client Privilege by the McDonalds's <u>Defendants and Grace Speights of Morgan, Lewis & Bockius LLP</u>

Carmen D. Caruso (# 6189462) – cdc@cdcaruso.com
William B. Whitner (# 6331564) – wbw@cdcaruso.com
**CARMEN D. CARUSO LAW FIRM**
77 West Washington Street, Ste. 1900
Chicago, IL 60602
T: (312) 626-1160

Linda C. Chatman (# 6201236) – lindachatman@chatmanlaw.com
**CHATMAN LAW OFFICES, LLC**
Two Prudential Plaza
180 N. Stetson Avenue, Ste. 3500
Chicago, IL 60601
T: (312) 919-1091

*Attorneys for Plaintiffs Victoria Guster-Hines and Domineca Neal*







[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]









[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]







[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

> [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]







[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

D. ████████████████████████████████████████

Dated: December 16, 2022         Respectfully submitted,

**PLAINTIFF VICTORIA GUSTER-HINES**
**PLAINTIFF DOMINECA NEAL**

By:    /s/ *Carmen D. Caruso*

Carmen D. Caruso (# 6189462) – cdc@cdcaruso.com
William B. Whitner (# 6331564) – wbw@cdcaruso.com
CARMEN D. CARUSO LAW FIRM
77 West Washington Street, Ste. 1900
Chicago, IL 60602
T: (312) 626-1160

Linda C. Chatman (# 6201236) – lindachatman@chatmanlaw.com
CHATMAN LAW OFFICES, LLC
Two Prudential Plaza
180 N. Stetson Avenue, Ste. 3500
Chicago, IL 60601

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on December 16, 2022. Notice of this filing will be sent to these parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Nigel F. Telman – ntelman@proskauer.com
>Edward C. Young – eyoung@proskauer.com
>Atoyia Harris - aharris@proskauer.com
>PROSKAUER ROSE LLP
>Three First National Plaza
>70 W. Madison St., Ste. 3800
>Chicago, IL 60602
>
>*Attorneys for Defendants McDonald's Corp., McDonald's USA, Kempczinski, and Strong*
>
>Desiree F. Moore - desiree.moore@klgates.com
>K&L GATES, LLP
>700 W. Madison St., Ste. 3100
>Chicago, IL 60602
>
>*Attorney for Defendant Easterbrook*

>/s/ *Carmen D. Caruso*