IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTORIA GUSTER-HINES and DOMINECA NEAL, | ) ) ) |
| Plaintiffs, | ) ) Case No. 1:20-cv-00117 |
| v. | ) ) Judge Mary M. Rowland |
| McDONALD'S USA, LLC, a Delaware limited liability company, McDONALD'S CORPORATION, a Delaware corporation, STEVEN EASTERBROOK, CHRISTOPHER KEMPCZINSKI, and CHARLES STRONG, | ) ) Magistrate Judge Sheila M. Finnegan ) ) ) ) ) ) |
| Defendants. | ) |

**MORGAN, LEWIS & BOCKIUS LLP'S MOTION FOR LEAVE
TO FILE A DOCUMENT PURSUANT TO LOCAL RULE 5.6 AND TO
FILE A DOCUMENT UNDER SEAL PURSUANT TO LOCAL RULE 26.2**

Morgan, Lewis & Bockius LLP ("Morgan Lewis"), by and through its undersigned counsel, hereby moves this Court for leave to file a document as a non-party to the above action pursuant to Local Rule 5.6 and for leave to file under seal pursuant to Local Rule 26.2. In support of this Motion, Morgan Lewis states as follows:

1. Defendants McDonald's USA, LLC ("McDonald's USA") and McDonald's Corporation (collectively, "Defendants") hired Grace Speights, a partner at Morgan Lewis, to conduct an internal investigation and provide legal advice regarding Plaintiff Neal.

2. In July 2022, Plaintiffs issued a deposition subpoena to Speights. Speights accepted service and the deposition was scheduled by agreement for September 20, 2022. The deposition subpoena did not request the production of documents, nor have Plaintiffs ever issued or served Speights with a subpoena requesting documents.

3. On the eve of the September 20 deposition, Plaintiffs asked for Speights's investigation notes. By agreement of the parties, Morgan Lewis produced documents to Plaintiffs as if they had been requested by a subpoena. The documents were marked confidential and Bates-stamped ML_000001-ML_000065 for identification. They were also redacted based on attorney-client privilege and the attorney work-product doctrine, and because certain portions of the materials were not related to the investigation regarding Neal.

4. During the deposition, Defendants and Morgan Lewis asserted both attorney-client privilege and the attorney work-product doctrine in response to several questions from Plaintiffs' Counsel.

5. On December 16, 2022, Plaintiffs filed, under seal, a Motion to Compel to Override Assertions of Attorney/Client Privilege by the McDonald's Defendants and Grace Speights of Morgan, Lewis & Bockius LLP (ECF Nos. 280 & 282). Plaintiffs argue that the attorney-client privilege and attorney work-product doctrine do not apply. They are seeking additional documents related to Speights's investigation, as well as a host of other documents from other investigations Speights and/or Morgan Lewis may have conducted that are irrelevant to this action.

6. On December 19, 2022, the Court granted Plaintiffs' Motion for Leave to File Documents Under Seal Pursuant to Local Rule 26.2 and ordered Defendants to respond to Plaintiffs' Motion by January 16, 2023 (ECF No. 283).

7. As a non-party to this action, Morgan Lewis seeks leave pursuant to Rule 5.6 to file its Response in Opposition to the Motion to Compel. Morgan Lewis has a particular interest in opposing Plaintiffs' Motion to Compel given that Plaintiffs specifically seek privileged and confidential documents as well as documents from Speights and Morgan Lewis concerning other investigations that are irrelevant to the instant lawsuit. Further, Plaintiffs seek testimony from

Speights regarding matters protected by the attorney-client privilege and the attorney work-product doctrine.

8. Pursuant to this Court's rules governing Motion Practice, counsel for Morgan Lewis informed Plaintiffs' Counsel of their intent to file this Motion. As of the time Morgan Lewis filed this Motion, Plaintiffs' Counsel did not respond noting their objection or agreement.

9. Further, Morgan Lewis seeks leave to file its Response in Opposition under seal pursuant to Local Rule 26.2. It contains certain confidential personnel information regarding current and former employees of McDonald's Corporation and McDonald's USA. The disclosure of the information referenced above would threaten harm to McDonald's Corporation and McDonald's USA and certain current and former employees, and could divulge confidential and sensitive information to McDonald's competitors. Accordingly, Morgan Lewis seeks to file its Response in Opposition to protect this confidential information.

10. Attached as Exhibit A is a redacted version of Morgan Lewis's Statement in Support of Defendants' Response in Opposition to Plaintiffs' Motion to Compel Certain Deposition Testimony of Grace Speights.

11. Pursuant to Local Rule 26.2(e), Morgan Lewis will provide the Court and serve upon all parties to this action a complete unredacted copy of its Opposition in Response to the Motion to Compel.

WHEREFORE, Morgan Lewis respectfully requests this Court grant its Motion for Leave to File a Document Pursuant to Local Rule 5.6 and to File a Document Under Seal Pursuant to Local Rule 26.2.

Dated: January 16, 2023

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard
kenneth.kliebard@morganlewis.com
110 North Wacker Drive
Chicago, IL 60606-1511
Phone: 1.312.324.1774
Fax:    1.312.324.1001

Nathan J. Andrisani (*pro hac vice* forthcoming)
nathan.andrisani@morganlewis.com
Steven Strauss (*pro hac vice* forthcoming)
steven.strauss@morganlewis.com
1701 Market St.
Philadelphia, PA 19103-2921
Phone: 1.215.963.5000
Fax:    1.215.963.5001

*Attorneys for Morgan, Lewis & Bockius LLP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 16, 2023, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF System, and notice was provided to:

Carmen D. Caruso
Carmen D. Caruso Law Firm
77 West Washington Street
Suite 1900
Chicago, IL 60602

Linda C. Chatman
Chatman Law Offices, LLC
Two Prudential Plaza
180 N. Stetson Avenue, Suite 3500
Chicago, IL 60601

Desirée F. Moore
K&L GATES, LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
desiree.moore@klgates.com

Nigel F. Telman
Proskauer Rose LLP
70 W. Madison, Suite 3800
Chicago, IL 60602-4342
ntelman@proskauer.com

/s/ Kenneth M. Kliebard
Kenneth M. Kliebard