# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VICTORIA GUSTER-HINES and DOMINECA NEAL, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:20-cv-00117 |
| v. | ) ) | Judge Mary M. Rowland |
| McDONALD'S USA, LLC, a Delaware limited liability company, McDONALD'S CORPORATION, a Delaware corporation, STEVEN EASTERBROOK, CHRISTOPHER KEMPCZINSKI, and CHARLES STRONG, | ) ) ) ) ) ) ) ) | Magistrate Judge Sheila M. Finnegan |
| Defendants. | ) ) ) | ██████████████ |

**MORGAN, LEWIS & BOCKIUS LLP'S RESPONSE IN OPPOSITION
TO PLAINTIFFS' MOTION TO COMPEL ASSERTIONS OF
ATTORNEY/CLIENT PRIVILEGE BY THE MCDONALDS'S DEFENDANTS
AND GRACE SPEIGHTS OF MORGAN, LEWIS & BOCKIUS LLP**



1

2



Dated:  January 16, 2023

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard
kenneth.kliebard@morganlewis.com
110 North Wacker Drive
Chicago, IL 60606-1511
Phone: 1.312.324.1774
Fax:    1.312.324.1001

Nathan J. Andrisani (*pro hac vice* forthcoming)
nathan.andrisani@morganlewis.com
Steven Strauss (*pro hac vice* forthcoming)
steven.strauss@morganlewis.com
1701 Market St.
Philadelphia, PA 19103-2921
Phone: 1.215.963.5000
Fax:    1.215.963.5001

*Attorneys for Morgan, Lewis & Bockius LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2023, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF System, and a copy of all restricted material filed under seal was provided via electronic mail to:

Carmen D. Caruso
Carmen D. Caruso Law Firm
77 West Washington Street
Suite 1900
Chicago, IL 60602

Linda C. Chatman
Chatman Law Offices, LLC
Two Prudential Plaza
180 N. Stetson Avenue, Suite 3500
Chicago, IL  60601

Desirée F. Moore
K&L GATES, LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
desiree.moore@klgates.com

Nigel F. Telman
Proskauer Rose LLP
70 W. Madison, Suite 3800
Chicago, IL 60602-4342
ntelman@proskauer.com

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard