# GROUP EXHIBIT A

| From: | Heather Lewis Donnell <heather@loevy.com> |
|---|---|
| Sent: | Monday, November 11, 2024 10:07 PM |
| To: | Harris, Atoyia S. |
| Cc: | Meg Gould; Annie Prossnitz; Telman, Nigel F.; Moore, Desirée F.; Hua, Nelson M.; Young, Edward C. |
| Subject: | Re: Guster-Hines, et al. v. McDonald's USA, LLC, et al. |

---

*This email sent by heather@loevy.com originated from outside the Firm.*

---

Atoyia

There appears to be some confusion here. If McDonalds has produced to Plaintiffs in this litigation all of Ms. Neal's emails, including but not limited to every email to which Ms. Neal mailed to herself, then why is McDonald's concerned about receiving this production since these will be the same communications that McDonalds has already produced (ie the Paulo Pena document)? Or did McDonald's not produce all of these emails to which Ms. Neal emailed to herself?

In any event, please confirm that Defendants are seeking all copies of forwarded emails from Ms. Neal and Ms. Guster-Hines to their personal accounts that McDonalds has already produced in this litigation.

In response to Eddie's correspondence requesting the number of pages of documents, we have located and are in the process of reviewing 7,916 documents, mostly consisting of email communications. Given the volume of documents, we will not be able to make a production by the timeline requested. Plaintiffs are moving as expeditiously as possible and we will produce all responsive, non-privileged documents by Monday, November 18.

Sincerely,

Heather

On Mon, Nov 11, 2024 at 4:36 PM Harris, Atoyia S. <AHarris@proskauer.com> wrote:

Heather:


We noted in our correspondence that we would respond to your questions regarding our document production under separate cover. We believe it is appropriate to address these purported concerns separately because we do not want to conflate the issues we are raising regarding Plaintiffs' failure to produce responsive documents which flows directly from Plaintiff Neal's recent deposition testimony and affidavit, verses your assertions that Defendants failed to produce documents and your belated attempt to raise that as an issue over a year after written discovery closed. We will respond to your questions below via email in order to expedite.


***First***, the retention policies bates-labeled McD-Neal_Guster-Hines 006420-006562 were produced by the McDonald's Defendants to Plaintiffs on November 14, 2022. We note that this is the second time that we have provided this information to you. *See Letter to* Quinn *Rallins dated September 4, 2023.*

**Second**, it is unclear what termination documents—or even what document production request—you are referring to below, and your citation to a letter from Carmen Caruso dated November 19, 2021 (approximately three years ago) provides no clarity. In any event, the McDonald's Defendants can confirm that all non-privileged documents concerning the termination of Ms. Neal's employment in Defendants' possession have been produced.

**Third**, your assertion that Defendants did not produce documents that Ms. Neal sent to herself is incorrect. So the record is clear, during Neal's deposition, she testified to creating a "Paulo Pena Info document." When Defendants asked for the bates-number of that document from Plaintiffs' production, Plaintiffs' counsel responded by pointing to **McDonald's** production. *See Email Correspondence from Meg Gould dated October 21, 2024.* While you now question why McDonald's "didn't produce these e-mails" that you assert you are currently reviewing, McDonald's cannot properly respond to that inquiry because it does not yet have any specific information about the documents in question. Regardless, we direct your attention to McDonald's USA's Objections and Responses to Plaintiffs' Supplemental Rule 34 Requests, wherein we identified and produced approximately 1,500 pages of documents that Plaintiffs emailed to themselves in response to Plaintiffs' Request No. 170. To the extent McDonald's USA was in possession of documents that Ms. Neal sent to herself, such documents have been produced by Defendants.

**Finally**, and notwithstanding the above, written discovery in this case is now closed (and has been for over a year).  It is our position that the time for Plaintiffs to seek follow-up clarification and/or otherwise challenge Defendants' responses to Plaintiffs discovery requests has long since passed.

Atoyia

**Atoyia Harris**
Special Employment Law Counsel

Proskauer
Poydras Center
650 Poydras Street
Suite 1800
New Orleans, LA 70130-6146

d 504.310.2027; tel:+15043102027
f 504.310.2022
aharris@proskauer.com

greenspaces
Please consider the environment before printing this email.

**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Monday, November 11, 2024 10:04 AM
**To:** Young, Edward C. <EYoung@proskauer.com>
**Cc:** Meg Gould <gould@loevy.com>; Annie Prossnitz <prossnitz@loevy.com>; Telman, Nigel F.

<NTelman@proskauer.com>; Moore, Desirée F. <DMoore@venable.com>; Hua, Nelson M. <NMHua@venable.com>; Harris, Atoyia S. <AHarris@proskauer.com>
**Subject:** Re: Guster-Hines, et al. v. McDonald's USA, LLC, et al.

*This email sent by heather@loevy.com originated from outside the Firm.*

Counsel:

Your letter dated November 8 fails to address the questions raised in our email to which it responded: First, McDonald's has not produced documents in its possession pertaining to Ms. Neal's termination, including documents shown to her during the actual termination as well as communications between various McDonald's employees leading up to her termination. Second, to the extent that certain communications and emails that we are in the process of reviewing are responsive to discovery requests, why didn't McDonalds produce these emails to the Plaintiffs during discovery? In other words, on what basis, other than relevance, did McDonalds fail to produce Ms. Neal's emails as part of their own production?

Will you agree to answer those questions on the same time-frame you have proposed for us to respond to you? If so, I believe we can come to an agreement on the requests in your letter with the exception of fees and costs and a timeframe to produce the documents beyond this Wednesday.

Sincerely,

Heather

On Fri, Nov 8, 2024 at 6:43 PM Young, Edward C. <EYoung@proskauer.com> wrote:

Heather –

Please see the attached correspondence in response to your e-mail of November 7th.

Eddie Young

Senior Counsel

Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
eyoung@proskauer.com

**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Thursday, November 7, 2024 5:12 PM
**To:** Harris, Atoyia S. <AHarris@proskauer.com>
**Cc:** Meg Gould <gould@loevy.com>; Annie Prossnitz <prossnitz@loevy.com>; Young, Edward C. <EYoung@proskauer.com>; Telman, Nigel F. <NTelman@proskauer.com>; Moore, Desirée F. <DMoore@venable.com>; Hua, Nelson M. <NMHua@venable.com>
**Subject:** Re: Guster-Hines, et al. v. McDonald's USA, LLC, et al.

*This email sent by heather@loevy.com originated from outside the Firm.*

Atoyia

Thank you for your email. In response to your email last week, we undertook to investigate whether and why any Paulo Pena documents that Ms. Neal referred to (and that, to be clear, McDonald's has in its possession) were not also produced by Plaintiffs. As these documents were collected by prior counsel, we had to reach out to determine what had occurred prior to our appearing as counsel. In doing so, we found the Paulo Pena documents, and also determined that there are additional documents that were collected from the Plaintiffs by prior counsel that were at least arguably responsive but which were not produced or logged. We are in the process of determining the total number of documents. Based on the initial review, the vast majority of the documents collected by Mr. Caruso are Ms. Neal's communications from her McDonald's account to her personal email and so they are communications/documents already in McDonald's possession and control.

We are in the process of reviewing the materials that we located for privilege and responsiveness and to confirm that all responsive documents are produced, if they have not been produced by Plaintiffs already.

We will provide an update after we have conducted our review. We anticipate that we will need two weeks to do so.

In this process, it has also come to our attention that McDonald's has not produced certain documents as well. Specifically, McDonald's has withheld and/or not produced all the material pertaining to Ms. Neal's termination,

including any documents that were prepared in advance and/or were shown/provided during her termination meeting on February 27, 2020. *See* 11.19.2021 Letter from C. Caruso. In addition, McDonald's never produced copies of their document retention policies and/or protocols in place as of September 2019, as they committed to do. *See* 09.08.2022 Letter from C. Caruso.  Please advise as to when we can expect this production.


Sincerely,


Heather


On Wed, Nov 6, 2024 at 2:48 PM Harris, Atoyia S. <AHarris@proskauer.com> wrote:

Hi Heather,


We wanted to follow-up on the below items we requested that Plaintiffs confirm. Thank you.


**Atoyia Harris**
Special Employment Law Counsel

Proskauer
Poydras Center
650 Poydras Street
Suite 1800
New Orleans, LA 70130-6146

d 504.310.2027; tel:+15043102027
f 504.310.2022
aharris@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Wednesday, October 30, 2024 10:47 PM
**To:** Harris, Atoyia S. <AHarris@proskauer.com>
**Cc:** Meg Gould <gould@loevy.com>; Annie Prossnitz <prossnitz@loevy.com>; Young, Edward C. <EYoung@proskauer.com>; Telman, Nigel F. <NTelman@proskauer.com>; Moore, Desirée F. <DMoore@venable.com>; Hua, Nelson M. <NMHua@venable.com>
**Subject:** Re: Guster-Hines, et al. v. McDonald's USA, LLC, et al.

*This email sent by heather@loevy.com originated from outside the Firm.*

Atoyia

Thank you for your message. We are looking into it and we will get back to you early next week.

Heather

On Wed, Oct 30, 2024 at 4:12 PM Harris, Atoyia S. <AHarris@proskauer.com> wrote:

> Thank you, Meg. Given that Ms. Neal had such documents in her possession as noted below, please provide the reason that these documents were not produced by Ms. Neal. Please also confirm if there any other documents that have not been produced by Ms. Neal such that Plaintiffs' production should be supplemented.
>
> Atoyia
>
> **Atoyia Harris**
> Special Employment Law Counsel
>
> Proskauer
> Poydras Center
> 650 Poydras Street
> Suite 1800
> New Orleans, LA 70130-6146
>
> d 504.310.2027; tel:+15043102027
> f 504.310.2022
> **aharris@proskauer.com**
>
> greenspaces
> Please consider the environment before printing this email.

---

**From:** Meg Gould <gould@loevy.com>
**Sent:** Wednesday, October 30, 2024 3:32 PM
**To:** Harris, Atoyia S. <AHarris@proskauer.com>
**Cc:** Annie Prossnitz <prossnitz@loevy.com>; Heather Lewis Donnell <heather@loevy.com>; Young, Edward C.

<EYoung@proskauer.com>; Telman, Nigel F. <NTelman@proskauer.com>; Moore, Desirée F. <DMoore@venable.com>; Hua, Nelson M. <NMHua@venable.com>
**Subject:** Re: Guster-Hines, et al. v. McDonald's USA, LLC, et al.

*This email sent by gould@loevy.com originated from outside the Firm.*

Atoyia,

McDonald's production makes clear that Ms. Neal forwarded certain documents to herself on September 21, 2019. See MCD-Neal_Guster-Hines 4452; MCD-Neal_Guster-Hines 004535; and MCD-Neal_Guster-Hines 004542.

Ms. Neal forwarded to herself documents that are produced at MCD-Neal_Guster-Hines 4453-54, MCD-Neal_Guster-Hines 004536, MCD-Neal_Guster-Hines 004538 , MCD-Neal_Guster-Hines 004540, and MCD-Neal_Guster-Hines 004543.

As you can see in the attached document (MCD-Neal_Guster-Hines 004453-54), this is a document "created" by Ms. Neal by the use of multiple screenshots. Her declaration says that it is her understanding that the Paulo Pena Info document and the screenshots were produced in this litigation, not that Plaintiffs produced it.

Hopefully that should clarify the issue.

Thanks,
Meg


On Tue, Oct 29, 2024 at 4:26 PM Harris, Atoyia S. <AHarris@proskauer.com> wrote:

Counsel:


Thank you for identifying the documents below from McDonald's production. We write to seek clarity on your email as these documents do not appear to coincide with Ms. Neal's deposition testimony on October 1, 2024 and Amended Declaration dated June 6, 2024.


First, Ms. Neal testified that she "created" a document titled "Paulo Pena Info" that she provided to her attorney that was produced in this litigation. Upon review of the documents identified below, these are not documents "created" by Ms. Neal. Instead, they include documents drafted by McDonald's personnel and a contact card with Mr. Pena's email address included.


Second, these documents reference McDonald's production only and do not reference any documents that were produced by Plaintiffs. We also reviewed Plaintiffs' production and did not locate these documents in Plaintiffs' production.

To the extent Ms. Neal produced these documents, please refer us to the bates numbers in Plaintiffs' production. To the extent Ms. Neal _did not_ produce these documents, we ask that Ms. Neal supplement her production with the documents withheld, including the document "created" by her as she testified to at her October 1st deposition. We kindly ask that you respond to us **no later than November 4, 2024**.

Atoyia

**Atoyia Harris**
Special Employment Law Counsel

Proskauer
Poydras Center
650 Poydras Street
Suite 1800
New Orleans, LA 70130-6146

d 504.310.2027; tel:+15043102027
f 504.310.2022
aharris@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Meg Gould <gould@loevy.com>
**Sent:** Monday, October 21, 2024 8:00 AM
**To:** Harris, Atoyia S. <AHarris@proskauer.com>; Telman, Nigel F. <NTelman@proskauer.com>; Moore, Desirée F. <DMoore@venable.com>; Young, Edward C. <EYoung@proskauer.com>; Hua, Nelson M. <NMHua@venable.com>
**Cc:** Annie Prossnitz <prossnitz@loevy.com>; Heather Lewis Donnell <heather@loevy.com>
**Subject:** Re: Guster-Hines, et al. v. McDonald's USA, LLC, et al.

*This email sent by gould@loevy.com originated from outside the Firm.*

Counsel,

Please include me on all correspondence for this case. The referenced documents were produced at the following bates stamps:

MCD-Neal_Guster-Hines004538
MCD-Neal_Guster-Hines004536

MCD-Neal_Guster-Hines004540
MCD-Neal_Guster-Hines004453


Best,
Meg


On Thu, Oct 17, 2024 at 6:44 PM Heather Lewis Donnell <heather@loevy.com> wrote:

---------- Forwarded message ---------


From: **Harris, Atoyia S. <AHarris@proskauer.com>**
Date: Tue, Oct 15, 2024 at 4:49 PM
Subject: Guster-Hines, et al. v. McDonald's USA, LLC, et al.
To: Heather Lewis Donnell <heather@loevy.com>, Annie Prossnitz <prossnitz@loevy.com>
Cc: Telman, Nigel F. <NTelman@proskauer.com>, Young, Edward C. <EYoung@proskauer.com>, Moore, Desirée F. <DMoore@venable.com>, Hua, Nelson M. <NMHua@venable.com>


Counsel:


Paragraphs 20 and 27 of Ms. Neal's Amended Declaration dated June 6, 2024 identify a "Paulo Pena Info" document and three screenshots that she believes were produced in this litigation. Ms. Neal confirmed this belief during her October 1, 2024 deposition. Please kindly provide us with the bates-numbers of the referenced documents or confirm that such documents have not been produced by **Friday, October 25th**.


Atoyia

**Atoyia Harris**
Special Employment Law Counsel

Proskauer
Poydras Center
650 Poydras Street
Suite 1800
New Orleans, LA 70130-6146

d 504.310.2027; tel:+15043102027
f 504.310.2022
aharris@proskauer.com

greenspaces
Please consider the environment before printing this email.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message and its attachments are sent from a law firm and may contain information that is confidential and
protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the
sender immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

--

**Heather Lewis Donnell** (She/Her)
**LOEVY + LOEVY**
Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

--

**Heather Lewis Donnell** (She/Her)
**LOEVY + LOEVY**
Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

--

**Heather Lewis Donnell** (She/Her)
**LOEVY + LOEVY**
Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

--

**Heather Lewis Donnell** (She/Her)

**LOEVY + LOEVY**
Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

--

**Heather Lewis Donnell** (She/Her)

**LOEVY + LOEVY**
Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

| | |
|---|---|
| **From:** | Young, Edward C. |
| **Sent:** | Friday, November 8, 2024 7:44 PM |
| **To:** | Heather Lewis Donnell |
| **Cc:** | Meg Gould; Annie Prossnitz; Telman, Nigel F.; Moore, Desirée F.; Hua, Nelson M.; Harris, Atoyia S. |
| **Subject:** | RE: Guster-Hines, et al. v. McDonald's USA, LLC, et al. |
| **Attachments:** | 11.8.2024 Letter to Heather Lewis Donnell.pdf |

Heather –

Please see the attached correspondence in response to your e-mail of November 7th.

Eddie Young
Senior Counsel

Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
eyoung@proskauer.com

**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Thursday, November 7, 2024 5:12 PM
**To:** Harris, Atoyia S. <AHarris@proskauer.com>
**Cc:** Meg Gould <gould@loevy.com>; Annie Prossnitz <prossnitz@loevy.com>; Young, Edward C.
<EYoung@proskauer.com>; Telman, Nigel F. <NTelman@proskauer.com>; Moore, Desirée F. <DMoore@venable.com>;
Hua, Nelson M. <NMHua@venable.com>
**Subject:** Re: Guster-Hines, et al. v. McDonald's USA, LLC, et al.

*This email sent by heather@loevy.com originated from outside the Firm.*

Atoyia

Thank you for your email. In response to your email last week, we undertook to investigate whether and why any Paulo Pena documents that Ms. Neal referred to (and that, to be clear, McDonald's has in its possession) were not also produced by Plaintiffs. As these documents were collected by prior counsel, we had to reach out to determine what had occurred prior to our appearing as counsel. In doing so, we found the Paulo Pena documents, and also determined that there are additional documents that were collected from the Plaintiffs by prior counsel that were at least arguably responsive but which were not produced or logged. We are in the process of determining the total number of documents. Based on the initial review, the vast majority of the documents collected by Mr. Caruso are Ms. Neal's communications from her McDonald's account to her personal email and so they are communications/documents already in McDonald's possession and control.

We are in the process of reviewing the materials that we located for privilege and responsiveness and to confirm that all responsive documents are produced, if they have not been produced by Plaintiffs already.

We will provide an update after we have conducted our review. We anticipate that we will need two weeks to do so.

In this process, it has also come to our attention that McDonald's has not produced certain documents as well. Specifically, McDonald's has withheld and/or not produced all the material pertaining to Ms. Neal's termination, including any documents that were prepared in advance and/or were shown/provided during her termination meeting on February 27, 2020. *See* 11.19.2021 Letter from C. Caruso. In addition, McDonald's never produced copies of their document retention policies and/or protocols in place as of September 2019, as they committed to do. *See* 09.08.2022 Letter from C. Caruso. Please advise as to when we can expect this production.

Sincerely,

Heather

On Wed, Nov 6, 2024 at 2:48 PM Harris, Atoyia S. <AHarris@proskauer.com> wrote:

Hi Heather,

We wanted to follow-up on the below items we requested that Plaintiffs confirm. Thank you.

**Atoyia Harris**
Special Employment Law Counsel

Proskauer
Poydras Center
650 Poydras Street
Suite 1800
New Orleans, LA 70130-6146

d 504.310.2027; **tel:+15043102027**
f 504.310.2022
aharris@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Wednesday, October 30, 2024 10:47 PM
**To:** Harris, Atoyia S. <AHarris@proskauer.com>
**Cc:** Meg Gould <gould@loevy.com>; Annie Prossnitz <prossnitz@loevy.com>; Young, Edward C. <EYoung@proskauer.com>; Telman, Nigel F. <NTelman@proskauer.com>; Moore, Desirée F. <DMoore@venable.com>; Hua, Nelson M. <NMHua@venable.com>
**Subject:** Re: Guster-Hines, et al. v. McDonald's USA, LLC, et al.

*This email sent by heather@loevy.com originated from outside the Firm.*

Atoyia

Thank you for your message. We are looking into it and we will get back to you early next week.

Heather

On Wed, Oct 30, 2024 at 4:12 PM Harris, Atoyia S. <AHarris@proskauer.com> wrote:

Thank you, Meg. Given that Ms. Neal had such documents in her possession as noted below, please provide the reason that these documents were not produced by Ms. Neal. Please also confirm if there any other documents that have not been produced by Ms. Neal such that Plaintiffs' production should be supplemented.

Atoyia

**Atoyia Harris**
Special Employment Law Counsel

Proskauer
Poydras Center
650 Poydras Street
Suite 1800
New Orleans, LA 70130-6146

d 504.310.2027; tel:+15043102027
f 504.310.2022
aharris@proskauer.com

greenspaces
Please consider the environment before printing this email.

**From:** Meg Gould <gould@loevy.com>
**Sent:** Wednesday, October 30, 2024 3:32 PM
**To:** Harris, Atoyia S. <AHarris@proskauer.com>
**Cc:** Annie Prossnitz <prossnitz@loevy.com>; Heather Lewis Donnell <heather@loevy.com>; Young, Edward C. <EYoung@proskauer.com>; Telman, Nigel F. <NTelman@proskauer.com>; Moore, Desirée F. <DMoore@venable.com>; Hua, Nelson M. <NMHua@venable.com>
**Subject:** Re: Guster-Hines, et al. v. McDonald's USA, LLC, et al.

Atoyia,

McDonald's production makes clear that Ms. Neal forwarded certain documents to herself on September 21, 2019. See MCD-Neal_Guster-Hines 4452; MCD-Neal_Guster-Hines 004535; and MCD-Neal_Guster-Hines 004542.

Ms. Neal forwarded to herself documents that are produced at MCD-Neal_Guster-Hines 4453-54, MCD-Neal_Guster-Hines 004536, MCD-Neal_Guster-Hines 004538 , MCD-Neal_Guster-Hines 004540, and MCD-Neal_Guster-Hines 004543.

As you can see in the attached document (MCD-Neal_Guster-Hines 004453-54), this is a document "created" by Ms. Neal by the use of multiple screenshots. Her declaration says that it is her understanding that the Paulo Pena Info document and the screenshots were produced in this litigation, not that Plaintiffs produced it.

Hopefully that should clarify the issue.

Thanks,
Meg


On Tue, Oct 29, 2024 at 4:26 PM Harris, Atoyia S. <AHarris@proskauer.com> wrote:

Counsel:


Thank you for identifying the documents below from McDonald's production. We write to seek clarity on your email as these documents do not appear to coincide with Ms. Neal's deposition testimony on October 1, 2024 and Amended Declaration dated June 6, 2024.


First, Ms. Neal testified that she "created" a document titled "Paulo Pena Info" that she provided to her attorney that was produced in this litigation. Upon review of the documents identified below, these are not documents "created" by Ms. Neal. Instead, they include documents drafted by McDonald's personnel and a contact card with Mr. Pena's email address included.


Second, these documents reference McDonald's production only and do not reference any documents that were produced by Plaintiffs. We also reviewed Plaintiffs' production and did not locate these documents in Plaintiffs' production.


To the extent Ms. Neal produced these documents, please refer us to the bates numbers in Plaintiffs' production. To the extent Ms. Neal *did not* produce these documents, we ask that Ms. Neal supplement her production with the

documents withheld, including the document "created" by her as she testified to at her October 1st deposition. We kindly ask that you respond to us **no later than November 4, 2024**.


Atoyia


**Atoyia Harris**
Special Employment Law Counsel

Proskauer
Poydras Center
650 Poydras Street
Suite 1800
New Orleans, LA 70130-6146

d 504.310.2027; tel:+15043102027
f 504.310.2022
aharris@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Meg Gould <gould@loevy.com>
**Sent:** Monday, October 21, 2024 8:00 AM
**To:** Harris, Atoyia S. <AHarris@proskauer.com>; Telman, Nigel F. <NTelman@proskauer.com>; Moore, Desirée F. <DMoore@venable.com>; Young, Edward C. <EYoung@proskauer.com>; Hua, Nelson M. <NMHua@venable.com>
**Cc:** Annie Prossnitz <prossnitz@loevy.com>; Heather Lewis Donnell <heather@loevy.com>
**Subject:** Re: Guster-Hines, et al. v. McDonald's USA, LLC, et al.

---

*This email sent by gould@loevy.com originated from outside the Firm.*

---

Counsel,

Please include me on all correspondence for this case. The referenced documents were produced at the following bates stamps:

MCD-Neal_Guster-Hines004538
MCD-Neal_Guster-Hines004536
MCD-Neal_Guster-Hines004540
MCD-Neal_Guster-Hines004453

Best,
Meg


On Thu, Oct 17, 2024 at 6:44 PM Heather Lewis Donnell <heather@loevy.com> wrote:

---------- Forwarded message ---------

From: **Harris, Atoyia S.** <AHarris@proskauer.com>
Date: Tue, Oct 15, 2024 at 4:49 PM
Subject: Guster-Hines, et al. v. McDonald's USA, LLC, et al.
To: Heather Lewis Donnell <heather@loevy.com>, Annie Prossnitz <prossnitz@loevy.com>
Cc: Telman, Nigel F. <NTelman@proskauer.com>, Young, Edward C. <EYoung@proskauer.com>, Moore, Desirée F. <DMoore@venable.com>, Hua, Nelson M. <NMHua@venable.com>


Counsel:


Paragraphs 20 and 27 of Ms. Neal's Amended Declaration dated June 6, 2024 identify a "Paulo Pena Info" document and three screenshots that she believes were produced in this litigation. Ms. Neal confirmed this belief during her October 1, 2024 deposition. Please kindly provide us with the bates-numbers of the referenced documents or confirm that such documents have not been produced by **Friday, October 25th**.


Atoyia


**Atoyia Harris**
Special Employment Law Counsel

Proskauer
Poydras Center
650 Poydras Street
Suite 1800
New Orleans, LA 70130-6146

d 504.310.2027; tel:+15043102027
f 504.310.2022
aharris@proskauer.com

greenspaces
Please consider the environment before printing this email.

***************************************************************************************************
******************************************************************

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
***************************************************************************************************
******************************************************************

--

Heather Lewis Donnell (She/Her)
**LOEVY + LOEVY**
Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

--

Heather Lewis Donnell (She/Her)
**LOEVY + LOEVY**
Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

--

Heather Lewis Donnell (She/Her)
**LOEVY + LOEVY**
Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com



Proskauer Rose LLP   Three First National Plaza   70 West Madison, Suite 3800   Chicago, IL 60602-4342

November 8, 2024

Edward C. Young
Senior Counsel
d +1.312.962.3595
f 312.962.3551
eyoung@proskauer.com
www.proskauer.com

*By Email (heather@loevy.com)*

Heather Lewis Donnell
Loevy & Loevy
311 N. Aberdeen Street
3rd Floor
Chicago, IL 60607

Re:     *Guster-Hines, et al. v. McDonald's USA, LLC et al.*
        Case Nos. 1:20-cv-00117

Dear Heather:

The following responds to your e-mail of November 7, 2024.

We are extremely disappointed to learn that, yet again, there are additional responsive documents that Plaintiffs have withheld from discovery after repeatedly representing that their document productions were complete. We are further concerned by your representation that it will take two weeks to review the newly located materials.

As you and the Court are acutely aware, Defendants have incurred additional significant fees and costs necessary to complete *two additional depositions* of both Plaintiffs as a result of their failure to adhere to their discovery obligations (*e.g.*, Plaintiff Guster-Hines' spoliation of text messages after misleading Defendants that such text messages had been collected by counsel; the belated production of text messages by Plaintiff Neal after attempting to use unproduced text messages during a deposition; the belated production of a Tracker document by Plaintiff Neal after misleading Defendants that she had not relied on such document to supplement her interrogatory responses; belated interrogatory responses by both Plaintiffs after testifying under oath that their discovery responses were complete and accurate; and Plaintiffs' failure to produce timely privilege logs). On October 1, 2024, during Plaintiff Neal's third deposition, she was asked questions about the affidavit she executed on May 30, 2024, wherein she attested that she created a "Paulo Pena Info" document around the same time she created her Tracker document and sent both such documents to her counsel. Plaintiff Neal claimed that the "Paulo Pena Info" document had been produced in the litigation.

Following that deposition, on October 15, 2024, Defendants requested the Bates number of the Paulo Pena Info document from Plaintiffs' production. On November 7, 204, Plaintiff confirmed that such document *had not been* produced by Plaintiff and there were a trove of *other documents* that similarly had been collected by Plaintiffs' counsel, but had not been produced.

In your November 7, 2024 e-mail, you state that "the vast majority of the documents … are Ms. Neal's communications from her McDonald's account to her personal e-mail account." Thus, it

appears that such documents are relevant to the claims and defenses asserted in this case and *directly bear* on the question of what materials Ms. Neal relied upon when preparing her Tracker document, which as you know was the subject of her third deposition. Moreover, if such communications concern Ms. Neal sending documents to herself, there is no colorable claim of privilege to continue to withhold these materials.

We are also very concerned by your representation that you need two weeks to review and produce the newly located materials. That seems to be an unreasonable delay given where we are in discovery, especially with additional discovery depositions on the horizon.

Please advise in writing **by 5:00 pm CT** on Monday November 11, 2024 the number of pages of documents that were not produced and the reason they were not produced in a timely manner. In addition, please advise whether Plaintiffs will agree to: (i) either produce the documents by Wednesday November 13, 2024 or tell us why that timing is unreasonable and, if the latter, please advise as to the number of pages this newly located material consists of; (ii) sit for further depositions to respond to questions related to the produced materials; (iii) pay Defendants' fees and costs in connection with this fourth deposition[1]; and (iv) modify the expert discovery schedule such that it does not proceed until after the conclusion of Plaintiffs' depositions.

Defendants hope that the deposition of Luis Quintiliano and the expert discovery schedule will not be impacted by the foregoing, but without knowing the scope of the documents that will be produced and whether additional motion practice will be necessary, Defendants reserve all rights to seek to adjust case deadlines and scheduled deposition dates.

Defendants reserve all rights, including to pursue all available relief pursuant to Fed. R. Civ. P. 37.[2]


Sincerely,

*/s/ Edward C. Young*
Edward C. Young

---

[1] Judge Finnegan has already opined that she would expect to see a request for fees and costs if, it was determined in Plaintiffs' third deposition, that additional documents were not produced warranting a fourth deposition. (June 5, 2024 hearing Tr. 46: ("If it did, I think it would be a request for fees and costs for having to go back and do another deposition.")

[2] Defendants will respond separately regarding the purported deficiencies related to McDonald's document production that counsel now raises for the first time.

| From: | Heather Lewis Donnell |
|-------|----------------------|
| To: | Young, Edward C. |
| Cc: | Telman, Nigel F.; Harris, Atoyia S.; Moore, Desirée F.; Hua, Nelson M.; Gotfried, Allison B.; Annie Prossnitz; Meg Gould; Lily Dunkin; Olivia Toppel |
| Subject: | Re: Guster-Hines/Neal v. McDonald''s Plaintiff Production |
| Date: | Thursday, November 21, 2024 11:12:27 AM |

**This email sent by heather@loevy.com originated from outside the Firm.**

Eddie

There will be an additional limited production of documents with the privilege log next week. We have no objection to postponing Mr. Quintialiano's deposition.

Heather

On Thu, Nov 21, 2024 at 10:59 AM Young, Edward C. <EYoung@proskauer.com> wrote:

Hi Heather –

Just following up on this.

Thanks,

Eddie

Eddie Young

Senior Counsel

Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
eyoung@proskauer.com

**From:** Young, Edward C.
**Sent:** Wednesday, November 20, 2024 3:15 PM

**To:** 'Heather Lewis Donnell' <heather@loevy.com>
**Cc:** Telman, Nigel F. <NTelman@proskauer.com>; Harris, Atoyia S.
<AHarris@proskauer.com>; Moore, Desirée F. <DMoore@venable.com>; Hua, Nelson M.
<NMHua@venable.com>; Gotfried, Allison B. <ABGotfried@venable.com>; Annie
Prossnitz <prossnitz@loevy.com>; Meg Gould <gould@loevy.com>; Lily Dunkin
<dunkin@loevy.com>; Olivia Toppel <toppel@loevy.com>
**Subject:** RE: Guster-Hines/Neal v. McDonald's Plaintiff Production


Heather –


Please confirm whether Plaintiffs have completed their document production or if there are
additional documents coming.


Also, given the volume of documents produced by Plaintiffs last night and supplemented
this afternoon, the fact that you will not be sending us a privilege log until next week, and
the upcoming holiday, Defendants are unwilling to proceed with the deposition of Luis
Quintiliano on December 5, 2024.   We will work with you to find an alternative date, but in
the interim please confirm that the rescheduling of Mr. Quintiliano's deposition is agreeable.


Thank you,

Eddie


Eddie Young

Senior Counsel


Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
eyoung@proskauer.com


**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Wednesday, November 20, 2024 2:42 PM
**To:** Olivia Toppel <toppel@loevy.com>

*This email sent by heather@loevy.com originated from outside the Firm.*

Counsel

I write to follow up on the production from last night that was resent this afternoon.

Plaintiffs have withheld privileged materials from the production. We will provide a privilege log identifying those documents next week.

Sincerely,

Heather

On Wed, Nov 20, 2024 at 2:00 PM Olivia Toppel <toppel@loevy.com> wrote:

> Counsel,
>
> Please use the hightail link below to access the updated production with the previously redacted pages unredacted.
>
> https://spaces.hightail.com/space/d2Uw4Lrkvl
>
> Best,
>
> Olivia

--

**Olivia Toppel** (she/her)



Paralegal
Office: (312) 243-5900
Cell: (773) 750-2967
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

--

**Heather Lewis Donnell** (She/Her)



Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

*************************************************************************
*************************************************************************
**

This message and its attachments are sent from a law firm and may contain information that
is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding
or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving
them, and notify the sender immediately.
*************************************************************************
*************************************************************************
**

--

**Heather Lewis Donnell** (She/Her)



Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

| From: | Annie Prossnitz |
|---|---|
| To: | Heather Lewis Donnell |
| Cc: | Young, Edward C.; Harris, Atoyia S.; Telman, Nigel F.; Hua, Nelson M.; Moore, Desirée F.; Meg Gould |
| Subject: | Re: Guster-Hines |
| Date: | Tuesday, November 19, 2024 9:09:36 PM |

*This email sent by prossnitz@loevy.com originated from outside the Firm.*

Counsel,

Please find the production at the Hightail link and the accompanying passcode:

**Link:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Passcode:** ▮▮▮▮▮▮▮▮▮▮▮

The passcode for the zip file is the following:

▮▮▮▮▮▮▮▮▮▮▮

A privilege log regarding several of the partially privileged documents in this production is forthcoming.

Thank you,
Annie

On Mon, Nov 18, 2024 at 5:15 PM Heather Lewis Donnell <heather@loevy.com> wrote:
Counsel

I write to let you know that we are finalizing the production of documents but we will need an additional day to complete the production and provide them to Defendants.

Sincerely,

Heather

--

**Heather Lewis Donnell** (She/Her)

Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

| From: | Heather Lewis Donnell |
| To: | Young, Edward C.; Harris, Atovia S.; Telman, Nigel F.; Hua, Nelson M.; Moore, Desirée F. |
| Cc: | Annie Prossnitz; Meg Gould |
| Subject: | Guster-Hines |
| Date: | Monday, November 18, 2024 5:15:47 PM |

---

**This email sent by** heather@loevy.com **originated from outside the Firm.**

Counsel

I write to let you know that we are finalizing the production of documents but we will need an additional day to complete the production and provide them to Defendants.

Sincerely,

Heather

--

**Heather Lewis Donnell** (She/Her)

Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

| **From:** | Heather Lewis Donnell <heather@loevy.com> |
| **Sent:** | Monday, December 2, 2024 9:01 PM |
| **To:** | Harris, Atoyia S. |
| **Cc:** | Olivia Toppel; Annie Prossnitz; Lily Dunkin; Meg Gould; Telman, Nigel F.; Young, Edward C.; Moore, Desirée F.; Hua, Nelson M.; Gotfried, Allison B. |
| **Subject:** | Re: Guster-Hines/Neal v. McDonald's Plaintiff Production |

*This email sent by heather@loevy.com originated from outside the Firm.*

Dear Atoyia

Thank you for your email. We needed an additional day due to the holiday. We expect to have the link to the documents from our vendor this evening. We will provide the privilege logs for the documents withheld during the relevant period later this evening as well.

We have one additional set of documents we are reviewing for privilege that will have an additional log and a small additional production. We will have the final privilege logs and limited production by December 9.

Sincerely,

Heather

On Mon, Dec 2, 2024 at 10:00 AM Harris, Atoyia S. <AHarris@proskauer.com> wrote:

Counsel:


On November 21, 2024, you represented that Plaintiffs would make an additional document production and serve a privilege log by November 29, 2024; however, as of today, we have not received such documents or a privilege log.  Please promptly advise regarding the status of same.



Atoyia


**Atoyia Harris**
Special Employment Law Counsel

Proskauer
Poydras Center
650 Poydras Street
Suite 1800
New Orleans, LA 70130-6146

**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Thursday, November 21, 2024 11:11 AM
**To:** Young, Edward C. <EYoung@proskauer.com>
**Cc:** Telman, Nigel F. <NTelman@proskauer.com>; Harris, Atoyia S. <AHarris@proskauer.com>; Moore, Desirée F. <DMoore@venable.com>; Hua, Nelson M. <NMHua@venable.com>; Gotfried, Allison B. <ABGotfried@venable.com>; Annie Prossnitz <prossnitz@loevy.com>; Meg Gould <gould@loevy.com>; Lily Dunkin <dunkin@loevy.com>; Olivia Toppel <toppel@loevy.com>
**Subject:** Re: Guster-Hines/Neal v. McDonald's Plaintiff Production

*This email sent by heather@loevy.com originated from outside the Firm.*

Eddie

There will be an additional limited production of documents with the privilege log next week.

We have no objection to postponing Mr. Quintialiano's deposition.

Heather

On Thu, Nov 21, 2024 at 10:59 AM Young, Edward C. <EYoung@proskauer.com> wrote:

Hi Heather –

Just following up on this.

Thanks,

Eddie

Eddie Young

Senior Counsel


Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
eyoung@proskauer.com

---

**From:** Young, Edward C.
**Sent:** Wednesday, November 20, 2024 3:15 PM
**To:** 'Heather Lewis Donnell' <heather@loevy.com>
**Cc:** Telman, Nigel F. <NTelman@proskauer.com>; Harris, Atoyia S. <AHarris@proskauer.com>; Moore, Desirée F. <DMoore@venable.com>; Hua, Nelson M. <NMHua@venable.com>; Gotfried, Allison B. <ABGotfried@venable.com>; Annie Prossnitz <prossnitz@loevy.com>; Meg Gould <gould@loevy.com>; Lily Dunkin <dunkin@loevy.com>; Olivia Toppel <toppel@loevy.com>
**Subject:** RE: Guster-Hines/Neal v. McDonald's Plaintiff Production


Heather –


Please confirm whether Plaintiffs have completed their document production or if there are additional documents coming.


Also, given the volume of documents produced by Plaintiffs last night and supplemented this afternoon, the fact that you will not be sending us a privilege log until next week, and the upcoming holiday, Defendants are unwilling to proceed with the deposition of Luis Quintiliano on December 5, 2024. We will work with you to find an alternative date, but in the interim please confirm that the rescheduling of Mr. Quintiliano's deposition is agreeable.


Thank you,

Eddie

Eddie Young

Senior Counsel


Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
eyoung@proskauer.com

**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Wednesday, November 20, 2024 2:42 PM
**To:** Olivia Toppel <toppel@loevy.com>
**Cc:** Telman, Nigel F. <NTelman@proskauer.com>; Young, Edward C. <EYoung@proskauer.com>; Harris, Atoyia S. <AHarris@proskauer.com>; aoxyer@proskauer.com; Moore, Desirée F. <DMoore@venable.com>; Hua, Nelson M. <NMHua@venable.com>; Gotfried, Allison B. <ABGotfried@venable.com>; Annie Prossnitz <prossnitz@loevy.com>; Meg Gould <gould@loevy.com>; Lily Dunkin <dunkin@loevy.com>
**Subject:** Re: Guster-Hines/Neal v. McDonald's Plaintiff Production


*This email sent by heather@loevy.com originated from outside the Firm.*

Counsel


I write to follow up on the production from last night that was resent this afternoon.


Plaintiffs have withheld privileged materials from the production. We will provide a privilege log identifying those documents next week.


Sincerely,


Heather

On Wed, Nov 20, 2024 at 2:00 PM Olivia Toppel <toppel@loevy.com> wrote:

Counsel,

Please use the hightail link below to access the updated production with the previously redacted pages unredacted.

████████████████████

Best,

Olivia

--

**Olivia Toppel** (she/her)
LOEVY LOEVY
Paralegal
Office: (312) 243-5900
Cell: (773) 750-2967
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

--

**Heather Lewis Donnell** (She/Her)
LOEVY LOEVY
Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**

*******************************************************************************
*******************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.

If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
*****************************************************************************************************
*******************************************************

--

**Heather Lewis Donnell** (She/Her)

LOEVY LOEVY

Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
**www**.loevy.com

--

**Heather Lewis Donnell** (She/Her)

LOEVY LOEVY

Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

| | |
|---|---|
| **From:** | Meg Gould |
| **To:** | Harris, Atoyia S.; Telman, Nigel F.; Young, Edward C.; Moore, Desirée F.; Hua, Nelson M.; Allison B. |
| **Cc:** | Heather Lewis Donnell; Annie Prossnitz; Olivia Toppel; Lily Dunkin |
| **Subject:** | Guster-Hines/Neal v. McDonald"s et al. - Plaintiffs" Production |
| **Date:** | Tuesday, December 3, 2024 12:33:34 AM |
| **Attachments:** | 2024.12.2_Guster-Hines_Plaintiffs_Redacted Materials Privilege Log_Final.pdf |
| | 2024.12.2_Guster-Hines_Plaintiffs_Withheld Materials Priv Log_Final.pdf |

*This email sent by gould@loevy.com originated from outside the Firm.*

Counsel,

Please see the attached privilege logs accompanying today's December 2, 2024 production.

The production can be accessed at the following
link: https://spaces.hightail.com/space/ONDc9XEXap

Thanks,
Meg

--

**Meg Gould** (She/Her/Hers)

Office: (312) 243-5900/ Cell: 901-628-2548
311 N Aberdeen St, Chicago, IL 60607
gould@loevy.com
www.loevy.com

**From:** Young, Edward C.
**Sent:** Friday, December 6, 2024 5:15 PM
**To:** Annie Prossnitz
**Cc:** Heather Lewis Donnell; Telman, Nigel F.; Harris, Atoyia S.; Hua, Nelson M.; Meg Gould
**Subject:** RE: McDonald's/Guster-Hines and Neal; Meet and Confer

That works for me. I'll update the calendar invite.

**Eddie Young**
Senior Counsel

Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
eyoung@proskauer.com

**From:** Annie Prossnitz <prossnitz@loevy.com>
**Sent:** Friday, December 6, 2024 4:12 PM
**To:** Young, Edward C. <EYoung@proskauer.com>
**Cc:** Heather Lewis Donnell <heather@loevy.com>; Telman, Nigel F. <NTelman@proskauer.com>; Harris, Atoyia S.
<AHarris@proskauer.com>; Hua, Nelson M. <nmhua@venable.com>; Meg Gould <gould@loevy.com>
**Subject:** Re: McDonald's/Guster-Hines and Neal; Meet and Confer

*This email sent by prossnitz@loevy.com originated from outside the Firm.*

Eddie,

Understood, could we do 3:15 pm?

Thanks,
Annie

On Fri, Dec 6, 2024 at 4:09 PM Young, Edward C. <EYoung@proskauer.com> wrote:

Annie –



Unfortunately, I am not available at that time.  I am available all morning until 2 pm, and then after 3:15 pm.



Eddie Young

Senior Counsel

Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
eyoung@proskauer.com

**From:** Annie Prossnitz <prossnitz@loevy.com>
**Sent:** Friday, December 6, 2024 4:03 PM
**To:** Young, Edward C. <EYoung@proskauer.com>
**Cc:** Heather Lewis Donnell <heather@loevy.com>; Telman, Nigel F. <NTelman@proskauer.com>; Harris, Atoyia S. <AHarris@proskauer.com>; Hua, Nelson M. <nmhua@venable.com>; Meg Gould <gould@loevy.com>
**Subject:** Re: McDonald's/Guster-Hines and Neal; Meet and Confer

*This email sent by prossnitz@loevy.com originated from outside the Firm.*

Eddie,

My apologies but could we move Monday's conference to 2 pm?

Thank you,

Annie

On Fri, Dec 6, 2024 at 1:53 PM Young, Edward C. <EYoung@proskauer.com> wrote:

Thanks, Annie. Let's plan to speak at 1:00 pm on Monday. I'll circulate a dial-in.

Eddie Young

Senior Counsel

f 312.962.3551
eyoung@proskauer.com

**From:** Annie Prossnitz <prossnitz@loevy.com>
**Sent:** Friday, December 6, 2024 1:22 PM
**To:** Young, Edward C. <EYoung@proskauer.com>
**Cc:** Heather Lewis Donnell <heather@loevy.com>; Telman, Nigel F. <NTelman@proskauer.com>; Harris, Atoyia S. <AHarris@proskauer.com>; Hua, Nelson M. <nmhua@venable.com>; Meg Gould <gould@loevy.com>
**Subject:** Re: McDonald's/Guster-Hines and Neal; Meet and Confer

*This email sent by prossnitz@loevy.com originated from outside the Firm.*

Eddie,

We are available for a conference after 1 pm CST on Monday, 12/7. Please let us know if a time Monday afternoon works for you.

Thanks,

Annie

On Fri, Dec 6, 2024 at 1:00 PM Young, Edward C. <EYoung@proskauer.com> wrote:

Heather -

Please let me know your availability for a meet and confer this afternoon regarding Plaintiffs' recent belated production of documents and privilege logs.

Thanks,
Eddie

Eddie Young

Senior Counsel

3

Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
eyoung@proskauer.com

*********************************************************************************************
******************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and
protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the
sender immediately.
*********************************************************************************************
******************************************************

| **From:** | Heather Lewis Donnell <heather@loevy.com> |
|---|---|
| **Sent:** | Tuesday, December 10, 2024 1:08 PM |
| **To:** | Young, Edward C. |
| **Cc:** | Meg Gould; Annie Prossnitz; Telman, Nigel F.; Harris, Atoyia S.; Hua, Nelson M.; Jon Loevy |
| **Subject:** | Re: Guster-Hines - Meet and Confer on Defendants' motion to compel |

*This email sent by heather@loevy.com originated from outside the Firm.*

Thanks, Eddie.

On Tue, Dec 10, 2024 at 12:06 PM Young, Edward C. <EYoung@proskauer.com> wrote:

We can use the same dial-in number that we used yesterday. I just re-circulated it.

Eddie Young

Senior Counsel

Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
eyoung@proskauer.com

**From:** Young, Edward C.
**Sent:** Tuesday, December 10, 2024 11:55 AM
**To:** 'Heather Lewis Donnell' <heather@loevy.com>
**Cc:** Meg Gould <gould@loevy.com>; Annie Prossnitz <prossnitz@loevy.com>; Telman, Nigel F.
<NTelman@proskauer.com>; Harris, Atoyia S. <AHarris@proskauer.com>; Hua, Nelson M. <nmhua@venable.com>; Jon
Loevy <jon@loevy.com>
**Subject:** RE: Guster-Hines - Meet and Confer on Defendants' motion to compel

Heather – we continue to disagree with your characterization of the production as you present it below. Please call me
at 1 pm today.

Eddie Young

Senior Counsel

Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
eyoung@proskauer.com

**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Tuesday, December 10, 2024 11:47 AM
**To:** Young, Edward C. <EYoung@proskauer.com>
**Cc:** Meg Gould <gould@loevy.com>; Annie Prossnitz <prossnitz@loevy.com>; Telman, Nigel F.
<NTelman@proskauer.com>; Harris, Atoyia S. <AHarris@proskauer.com>; Hua, Nelson M. <nmhua@venable.com>; Jon
Loevy <jon@loevy.com>
**Subject:** Re: Guster-Hines - Meet and Confer on Defendants' motion to compel

*This email sent by heather@loevy.com originated from outside the Firm.*

Dear Eddie

We have requested a meet and confer prior to McDonald's filing its motion today and are available this afternoon to do so. Please let us know some times that work for you.

If Defendants elect to not make time for a call before filing, please be sure to attach this email correspondence to the motion.

With regard to additional depositions of Plaintiffs, we have made clear we are willing to discuss that request and possibly not oppose it, however, we asked for additional information about what documents in the recent production would be the subject of their additional deposition given that these are largely emails that McDonald's has produced or had in its possession and elected not to produce.

Finally, the final limited production will be provided today.

Sincerely,


Heather


On Tue, Dec 10, 2024 at 11:18 AM Young, Edward C. <EYoung@proskauer.com> wrote:

Heather –


It was clear from our prior correspondence, our call yesterday and your e-mail below characterizing our motion as seeking "extreme relief" that we are at impasse with respect to all aspects of the relief we are seeking, perhaps with the exception of how much time you are willing to permit Defendants to sit for further deposition. Please let me know if our conclusion in this regard is inaccurate.


In regard to prejudice, we disagree with your characterization of the productions. Documents bearing on the issue of Plaintiffs' self-help discovery does not consume a "vast majority" of the production and there are numerous other issues implicated by the recently produced documents that will need to be explored. And, even if your characterization was correct, that does not excuse Plaintiffs of their independent obligation to timely produce responsive documents, especially considering that Plaintiffs have been in possession of these documents for years and have had over 14 attorneys representing them in this matter who should have reviewed and produced the documents sooner. The prejudice resulting from the production of such a significant quantity of new documents and several privilege logs over a year after the close of the discovery and after the parties have taken the deposition of 18 deponents is readily apparent. Moreover, the fact that Ms. Neal did not produce to Defendants all documents she sent to herself raises further questions of spoliation and the adequacy of Plaintiffs' document production that will need to be explored in her deposition. In short, the issue of prejudice will need to be resolved by the Court.


Defendants intend to seek an additional seven hours with each Plaintiff. **Please let us know by 12:00 pm CT today** if you intend to oppose that aspect of our motion. If we don't have agreement by then, we will assume we are at complete impasse and have no choice but to proceed with filing our motion. In that case, we do not believe another meet and confer is necessary. If Plaintiffs wish to propose an amount of time for them each to sit for their fourth deposition, Defendants are willing to receive that proposal, even after the filing of our motion. However, we see no reason to further delay filing the motion and bringing this issue to the Court's attention since we are at impasse on all other aspects of the relief we are seeking.


We also note that Defendants have yet to receive Plaintiffs' third supplemental document production, which you represented we should expect by December 9th.

Eddie Young

Senior Counsel

Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
eyoung@proskauer.com

**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Tuesday, December 10, 2024 9:57 AM
**To:** Young, Edward C. <EYoung@proskauer.com>; Telman, Nigel F. <NTelman@proskauer.com>; Harris, Atoyia S. <AHarris@proskauer.com>; Hua, Nelson M. <nmhua@venable.com>
**Cc:** Meg Gould <gould@loevy.com>; Annie Prossnitz <prossnitz@loevy.com>
**Subject:** Guster-Hines - Meet and Confer on Defendants' motion to compel

*This email sent by heather@loevy.com originated from outside the Firm.*

Dear Eddie

I write pursuant to LR 37.2 to follow up on our meet-and-confer yesterday and to to set up a meet-and-confer this afternoon before Defendants file their motion to compel and for sanctions.

Given the extreme relief that the motion will be seeking, we would like to get a better understanding of McDonald's claim of prejudice here in light of the fact that the vast majority of the documents produced were either already produced by McDonald's, could have been produced by McDonald's and/or should have been produced by McDonald's. The documents were almost entirely within McDonald's possession, custody and control. One comment you made yesterday sheds further light on that fact. I believe you stated that McDonald's did not think that Plaintiffs had produced all the documents Ms. Neal forwarded to her personal account. In other words, it would seem that McDonald's has at this time, and already had, the ability to identify and produce the documents that Ms. Neal forwarded to her personal email account, which are the primary documents that were produced in these recent productions.

We are endeavoring to provide our proposed amount of time to redepose the Plaintiffs, but to do so, it would be helpful to have better sense of what documents McDonald's claims they could not have asked about prior to the Plaintiffs other depositions.

We can be available after 1:00pm for a call this afternoon.

Sincerely,

Heather

--

**Heather Lewis Donnell** (She/Her)
**LOEVY + LOEVY**
Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message and its attachments are sent from a law firm and may contain information that is confidential and
protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the
sender immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

--

**Heather Lewis Donnell** (She/Her)
**LOEVY + LOEVY**
Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

--

**Heather Lewis Donnell** (She/Her)
**LOEVY + LOEVY**
Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

| | |
|---|---|
| **From:** | Young, Edward C. |
| **To:** | Heather Lewis Donnell |
| **Cc:** | Meg Gould; Annie Prossnitz; Telman, Nigel F.; Harris, Atoyia S.; Hua, Nelson M.; Jon Loevy |
| **Subject:** | RE: Guster-Hines - Meet and Confer on Defendants" motion to compel |
| **Date:** | Tuesday, December 10, 2024 2:41:00 PM |

Thank you for your time today. While agreed to participate in an additional meet and confer and delay the filing of our motion under the representation that the conference was about the amount of time Plaintiffs would sit for further deposition, Mr. Loevy expressly confirmed that the call was actually to discuss a "cross-motion for sanctions against McDonald's." Defendants had been given no prior notice of such a motion or any underlying issues pertaining to the same. Surprisingly, despite threatening a cross-motion, during the call Mr. Loevy was unable to identify a single document that McDonald's purportedly didn't produce or point us to a discovery request that such document would have been responsive to. Notably, Plaintiffs did not raise any of these issues with Defendants during the written discovery period. Defendants view the threatened motion as a transparent attempt to deflect from Plaintiffs' significant discovery infractions.

It is clear the parties are at impasse with respect to the length of time for Plaintiffs' additional deposition and the request to meet and confer further was to delay the filing of the Defendants' motion. We will proceed with filing our motion.

**Eddie Young**
Senior Counsel

Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
eyoung@proskauer.com

**From:** Young, Edward C.
**Sent:** Tuesday, December 10, 2024 11:55 AM
**To:** 'Heather Lewis Donnell' <heather@loevy.com>
**Cc:** Meg Gould <gould@loevy.com>; Annie Prossnitz <prossnitz@loevy.com>; Telman, Nigel F. <NTelman@proskauer.com>; Harris, Atoyia S. <AHarris@proskauer.com>; Hua, Nelson M. <nmhua@venable.com>; Jon Loevy <jon@loevy.com>
**Subject:** RE: Guster-Hines - Meet and Confer on Defendants' motion to compel

Heather – we continue to disagree with your characterization of the production as you present it below. Please call me at 1 pm today.

**Eddie Young**
Senior Counsel

Proskauer
Three First National Plaza
70 West Madison, Suite 3800

**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Tuesday, December 10, 2024 11:47 AM
**To:** Young, Edward C. <EYoung@proskauer.com>
**Cc:** Meg Gould <gould@loevy.com>; Annie Prossnitz <prossnitz@loevy.com>; Telman, Nigel F.
<NTelman@proskauer.com>; Harris, Atoyia S. <AHarris@proskauer.com>; Hua, Nelson M.
<nmhua@venable.com>; Jon Loevy <jon@loevy.com>
**Subject:** Re: Guster-Hines - Meet and Confer on Defendants' motion to compel

*This email sent by heather@loevy.com originated from outside the Firm.*

Dear Eddie

We have requested a meet and confer prior to McDonald's filing its motion today and are available
this afternoon to do so. Please let us know some times that work for you.

If Defendants elect to not make time for a call before filing, please be sure to attach this email
correspondence to the motion.

With regard to additional depositions of Plaintiffs, we have made clear we are willing to discuss that
request and possibly not oppose it, however, we asked for additional information about what
documents in the recent production would be the subject of their additional deposition given that
these are largely emails that McDonald's has produced or had in its possession and elected not to
produce.

Finally, the final limited production will be provided today.

Sincerely,

Heather

On Tue, Dec 10, 2024 at 11:18 AM Young, Edward C. <EYoung@proskauer.com> wrote:

> Heather –
>
> It was clear from our prior correspondence, our call yesterday and your e-mail below
> characterizing our motion as seeking "extreme relief" that we are at impasse with respect to all
> aspects of the relief we are seeking, perhaps with the exception of how much time you are willing
> to permit Defendants to sit for further deposition. Please let me know if our conclusion in this
> regard is inaccurate.

In regard to prejudice, we disagree with your characterization of the productions. Documents bearing on the issue of Plaintiffs' self-help discovery does not consume a "vast majority" of the production and there are numerous other issues implicated by the recently produced documents that will need to be explored. And, even if your characterization was correct, that does not excuse Plaintiffs of their independent obligation to timely produce responsive documents, especially considering that Plaintiffs have been in possession of these documents for years and have had over 14 attorneys representing them in this matter who should have reviewed and produced the documents sooner. The prejudice resulting from the production of such a significant quantity of new documents and several privilege logs over a year after the close of the discovery and after the parties have taken the deposition of 18 deponents is readily apparent. Moreover, the fact that Ms. Neal did not produce to Defendants all documents she sent to herself raises further questions of spoliation and the adequacy of Plaintiffs' document production that will need to be explored in her deposition. In short, the issue of prejudice will need to be resolved by the Court.

Defendants intend to seek an additional seven hours with each Plaintiff. **Please let us know by 12:00 pm CT today** if you intend to oppose that aspect of our motion. If we don't have agreement by then, we will assume we are at complete impasse and have no choice but to proceed with filing our motion. In that case, we do not believe another meet and confer is necessary. If Plaintiffs wish to propose an amount of time for them each to sit for their fourth deposition, Defendants are willing to receive that proposal, even after the filing of our motion. However, we see no reason to further delay filing the motion and bringing this issue to the Court's attention since we are at impasse on all other aspects of the relief we are seeking.

We also note that Defendants have yet to receive Plaintiffs' third supplemental document production, which you represented we should expect by December 9th.

Eddie Young
Senior Counsel

Proskauer
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602-4342
d 312.962.3595
f 312.962.3551
eyoung@proskauer.com

---

**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Tuesday, December 10, 2024 9:57 AM
**To:** Young, Edward C. <EYoung@proskauer.com>; Telman, Nigel F. <NTelman@proskauer.com>; Harris, Atoyia S. <AHarris@proskauer.com>; Hua, Nelson M. <nmhua@venable.com>
**Cc:** Meg Gould <gould@loevy.com>; Annie Prossnitz <prossnitz@loevy.com>
**Subject:** Guster-Hines - Meet and Confer on Defendants' motion to compel

*This email sent by heather@loevy.com originated from outside the Firm.*

Dear Eddie

I write pursuant to LR 37.2 to follow up on our meet-and-confer yesterday and to to set up a meet-and-confer this afternoon before Defendants file their motion to compel and for sanctions.

Given the extreme relief that the motion will be seeking, we would like to get a better understanding of McDonald's claim of prejudice here in light of the fact that the vast majority of the documents produced were either already produced by McDonald's, could have been produced by McDonald's and/or should have been produced by McDonald's. The documents were almost entirely within McDonald's possession, custody and control. One comment you made yesterday sheds further light on that fact. I believe you stated that McDonald's did not think that Plaintiffs had produced all the documents Ms. Neal forwarded to her personal account. In other words, it would seem that McDonald's has at this time, and already had, the ability to identify and produce the documents that Ms. Neal forwarded to her personal email account, which are the primary documents that were produced in these recent productions.

We are endeavoring to provide our proposed amount of time to redepose the Plaintiffs, but to do so, it would be helpful to have better sense of what documents McDonald's claims they could not have asked about prior to the Plaintiffs other depositions.

We can be available after 1:00pm for a call this afternoon.

Sincerely,

Heather

--

**Heather Lewis Donnell**  (She/Her)

Office: (312) 243-5900 / Direct: (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com

************************************************************************
********************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
************************************************************************
********************************************************************

**Heather Lewis Donnell** (She/Her)

Office: (312) 243-5900 / Direct. (312) 789-4970
311 N Aberdeen St, Chicago, IL 60607
**www.loevy.com**