IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTORIA GUSTER-HINES and DOMINECA NEAL, | ) ) ) |
| Plaintiffs, | ) Case No. 1:20-cv-00117 |
| v. | ) ) Honorable Mary M. Rowland |
| McDONALD'S USA, LLC, a Delaware limited liability company, McDONALD'S CORPORATION, a Delaware corporation, STEVEN EASTERBROOK, CHRISTOPHER KEMPCZINSKI, and CHARLES STRONG, | ) Magistrate Judge Laura K. McNally ) ) ) ) ) ) |
| Defendants. | ) |

## **PLAINTIFFS' STATUS REPORT**

Plaintiffs file this status report to provide an update to the Court about information that was learned after the motion hearing yesterday afternoon.

Following the hearing yesterday, counsel promptly started the additional review of documents pursuant to the Court's Order. To do so, counsel communicated with Repario, Plaintiff's e-discovery vendor, to create a document set of all *non-produced* items from the 9,369 documents uploaded to Everlaw (creating a "February 13 non-produced set").

Once that set was created, Plaintiffs' counsel started their review and realized that some documents in the February 13 non-produced set contained a code indicating that they had previously been marked for production. Counsel promptly followed up with Repario to determine why these documents were included in a set of documents that was supposed to only contain documents that had not been produced. This was very disconcerting, given that Plaintiffs' certified productions were complete on January 24, 2025, and had just completed a hearing affirming that representation.

Unfortunately, Repario has only now informed Plaintiffs' counsel that certain documents counsel thought had been included in the November 19, 2024 production were not. Counsel acknowledges that this is extremely regrettable and apologizes. When counsel certified the completion of their production on January 24, 2025, counsel did so based on the representation from Repario that the vendor had followed counsel's instructions and produced all documents that had been coded as responsive and not privileged.

As set forth in the attached declaration by Stan Gasque, the Repario project manager for this project, when counsel uploaded the initial data set of 7,916 documents for review in November 2024, counsel provisionally coded 1,408 documents as responsive, non-responsive and/or privileged. Of the 1,408 documents, counsel had provisionally coded 328 documents as responsive. Exhibit 1 (Declaration of Stan Gasque) ¶5.[1]

On November 12, 2024, counsel then instructed Repario to divide the data set into review sets for reviewers. As Gasque explained, Repario inadvertently did not include the already-provisionally coded documents in the new review sets. *Id*. ¶4.

On November 19, 2024, counsel instructed Repario to prepare for quality control review and production all documents that had been coded responsive and non-privileged to date. Repario did not provide the 328 provisionally coded responsive documents for counsel to review for the November 19, 2024 production. *Id*. ¶6. As a result, those documents were not produced on November 19th. *Id*.

Over the past 24 hours, counsel has reviewed the 328 documents that had been provisionally coded and **will be producing 148 responsive, non-privileged documents today.** Some of the 328 documents that were provisionally coded as responsive were duplicates from Plaintiffs' production and have been excluded, and others are non-responsive and privileged documents. Counsel will also review all documents that had been provisionally coded as non-responsive from the November 19, 2024 production as part of its review ordered by the Court yesterday to ensure that **all responsive, non-privileged documents are produced by February 21, 2025**, pursuant to the Court's order.

In addition, counsel has met with Repario representatives to ensure no additional documents have been inadvertently excluded from any of the productions that were made on December 2, 11, 16, 30, and January 24, 2025. Mr. Gasque has affirmed that is the case. *Id*. ¶8.

Plaintiffs' counsel takes seriously their obligations as an officer of the Court, as well as their professional and ethical obligations. As such, counsel is taking immediate, prompt action to address this, beginning with the production of the 148 responsive documents. In addition, Plaintiffs' counsel have also called counsel for Defendants and apprised them of the situation and forthcoming production.

---

[1] For the review of documents that were produced on November 19, 2024, and every production thereafter, counsel would review document sets multiple times to confirm responsiveness and whether any privilege might attach. Counsel first conducted a provisional review of responsiveness and privilege. Second, counsel conducted a quality control second-level review to ensure the provisional coding was accurate. Counsel would review the final set of documents at least once more to finalize before production.

RESPECTFULLY SUBMITTED,

/s/ Heather Lewis Donnell
*Attorney for Plaintiffs*


Jon Loevy
Heather Lewis Donnell
Gayle Horn
Roshna Bala Keen
Meg Gould
Annie Prossnitz
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900