IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

VICTORIA GUSTER-HINES and DOMINECA NEAL,

Plaintiffs,

vs.

McDONALD'S USA, LLC, a Delaware limited liability company, McDONALD'S CORPORATION, a Delaware corporation, STEPHEN EASTERBROOK, CHRISTOPHER KEMPCZINSKI, and CHARLES STRONG,

Defendants.

Case No. 1:20-cv-00117

Honorable Mary M. Rowland
Magistrate Judge Laura K. McNally

**RENEWED MOTION FOR LEAVE TO FILE**
**DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 26.2**

Defendants McDonald's USA, LLC, McDonald's Corporation, Christopher Kempczinski, Charles Strong, and Stephen Easterbrook (collectively, "Defendants"), hereby move this Court for leave to file certain documents and information under seal pursuant to Local Rule 26.2. In support of this Renewed Motion for Leave to File Documents Under Seal ("Renewed Motion for Leave"), Defendants state as follows:

1. On December 10, 2024, Defendants filed their Motion for Sanctions and an initial motion to seal. (Dkt. Nos. 536, 537).

2. On December 23, 2024, the Court provisionally granted the initial motion to seal as to Exhibits A, S, V, W, X, and Z of Defendants' Motion for Sanctions. (Dkt. No. 546). The Court also denied the initial motion to seal without prejudice as to Exhibits F, L, N, P, and R,

directing Defendants to refile a motion with relevant redactions and noting that these documents would not be sealed in their entirety. *Id.*

3. On December 13, 2025, the Court ordered Defendants to file their Renewed Motion for Leave by February 21, 2025.

4. Defendants now renew their initial motion to seal. Simultaneous to this Renewed Motion for Leave, Defendants are filing redacted copies of the following: (i) Defendants' Exhibit F, which is Plaintiffs' Rule 26(a)(1) Disclosures; (ii) Defendants' Exhibit L, which is Plaintiff Neal's Supplemental Responses to Defendants' Second Set of Interrogatories; (iii) Defendants' Exhibit N, which consists of excerpts from the deposition of William Lowery; (iv) Defendants' Exhibit P, which is Plaintiff Neal's Third Supplemental Responses to Defendants' First Set of Interrogatories; and (v) Defendants' Exhibit R, which is Plaintiff Guster-Hines' First Supplemental Responses to Defendants' First Set of Interrogatories.[1]

5. A court may grant leave to file documents under seal if there is "good cause." *F.T.C. v. OSF Healthcare Sys.,* No. 11 C 50344, 2012 WL 1144620 (N.D. Ill. Apr. 5, 2012). When there are designations of confidential commercial, personal, or financial information of a party or nonparty, courts have determined that "good cause" exists to redact such information from the public record. *See Wachala v. Astellas US LLC*, No. 20 C 3882, 2022 WL 408108 (N.D. Ill. Feb. 10, 2022)(finding good cause to redact personal identifying information such as addresses and telephone numbers from the public record); *see also Mission Measurement Corp. v. Blackbaud, Inc*., No. 16-CV-6003, 2019 WL 13490305 (N.D. Ill. May 28, 2019) (finding good cause to keep the requested confidential information under seal); *see also F.T.C. v.*, 2012 WL 1144620 (finding

[1] For ease of review, the copies of Exhibits F, L, N, P, and R filed under seal are highlighted to reflect the redacted information.

good cause to keep exhibits sealed "because disclosure of the confidential information therein would harm businesses while giving their competitors an unearned advantage.")

6. The documents listed in Paragraph 4 above contain certain confidential information regarding: (i) the organizational structure of and other commercial information concerning McDonald's Corporation and McDonald's USA; (ii) third parties with business associations with McDonald's Corporation and McDonald's USA; and (iii) personal information regarding current and former employees of McDonald's Corporation and McDonald's USA. The disclosure of the information referenced above would threaten harm to McDonald's Corporation, McDonald's USA and certain current and former employees, and could divulge confidential and sensitive information to McDonald's competitors.

7. As such, Defendants seek leave to file the above-referenced exhibits under seal in order to protect this confidential information.

8. Pursuant to Local Rule 37.2, Defendants conferred with Plaintiffs' counsel on February 19, 2025 by telephone. On February 20, 2025, Plaintiffs notified Defendants that Plaintiffs do not oppose Defendants' Renewed Motion for Leave to seal Exhibit F; however, Plaintiffs oppose Defendants' request for leave to seal the remaining Exhibits L, N, P, and R because Plaintiffs "do not believe the [redacted] material falls within any of the categories defined as 'Confidential' within the parties' Agreed Confidentiality Order."

9. The basis for Plaintiffs' objection is misplaced. As long as Defendants can establish "good cause" for maintaining the confidentiality of documents filed on the public docket, it is within the Court's discretion to grant the motion. *Mission Measurement Corp.*, 2019 WL 13490305 at *1. Whether or not the proposed redactions fall within the Agreed Confidentiality Order entered in this case has no bearing on the inquiry.

10. Defendants have established good cause for the requested redactions. *See* Paragraphs 5-6. Plaintiffs did not oppose Defendants' prior requests for leave to file Exhibits L, N, P and R under seal on December 15, 2023 (more than a year prior to today), and on December 10, 2024 (Dkt. Nos. 429 and 537).

11. Pursuant to Local Rule 26.2(e), Defendants will provide the Court with unredacted complete paper copies of the exhibits within the time required by this Court's Standing Order. Similarly, Defendants will serve upon Plaintiffs the unredacted complete copies.

WHEREFORE, Defendants respectfully request this Court to grant their Motion for Leave to File Documents Under Seal Pursuant to Local Rule 26.2.

Dated: February 21, 2025

Respectfully submitted,

*/s/ Nelson M. Hua*
Desirée F. Moore
Daniel J. Hayes
Nelson M. Hua
Venable LLP
227 W. Monroe Street, Suite 1900
Chicago, Illinois 60606
Phone: 312-820-3400
Fax: 312-820-3401
DMoore@Venable.com
DJHayes@Venable.com
NMHua@Venable.com

Allison B. Gotfried
Venable LLP
151 West 42nd Street
New York, NY 10036
Phone: 212-307-5500
Fax: 212-307-5598
ABGotfried@Venable.com

*Attorneys for Defendant Stephen Easterbrook*

*/s/ Nigel F. Telman*
Nigel F. Telman
Edward C. Young
Proskauer Rose LLP
70 W Madison, Suite 3800
Chicago, IL 60602-4342
Phone: 312-962-3548
Fax: 312-962-3551
ntelman@proskauer.com
eyoung@proskauer.com

Atoyia S. Harris
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130
Phone: 504-310-2027
Fax: 503-310-2022
aharris@proskauer.com

*Attorneys for Defendants McDonald's Corporation, McDonald's USA, LLC, Christopher Kempczinski and Charles Strong*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2025, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF System, and notice was provided to all counsel of record.

*/s/ Nigel F. Telman*