# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Victoria Guster –Hines, et al.
                              Plaintiff,

v.                                              Case No.: 1:20–cv–00117
                                                Honorable Mary M. Rowland

McDonald's USA, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 1, 2025:

MINUTE entry before the Honorable Mary M. Rowland: The Court is concerned at the multiple extensions in this matter because trial is set. Nevertheless, the Court will allow Plaintiffs' motion to exclude summary judgment declarations of untimely–disclosed witnesses [742] and motion to strike sham affidavit [740]. Although the Court has not reviewed these motions, these sorts of motions do not typically require deep legal analysis but rather are focused on the facts contained in the record that are readily available to counsel. Plaintiffs should have filed these motions on time or had the courtesy to alert opposing counsel and the Court to the fact that they needed further briefing. But reaching the merits fairly is of paramount concern. Defendants' motion to strike [744] is denied. Defendants to respond to Plaintiffs' motions to strike [740] [742] by 12/22/25. Plaintiffs to reply by 1/16/26. The Court will extend the date for Defendants' replies to their motions for summary judgement to 1/16/26. Plaintiffs' motion to file under seal [739] is granted. As a matter of housekeeping, in view of [730] and [732], the Court denies Defendants' Amended Motion to Strike Plaintiffs' Oversized and Belatedly Filed Summary Judgment Response Filings. [729]. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.