IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VICTORIA GUSTER-HINES and DOMINECA NEAL, | ) ) ) | |
| Plaintiffs, | ) ) ) ) | Case No. 1:20-cv-00117 |
| vs. | ) ) | Honorable Mary M. Rowland |
| McDONALD'S USA, LLC, a Delaware limited liability company, McDONALD'S CORPORATION, a Delaware corporation, STEVEN EASTERBROOK, CHRISTOPHER KEMPCZINSKI, and CHARLES STRONG, | ) ) ) ) ) ) ) ) ) | Magistrate Judge Laura K. McNally |
| Defendants. | ) ) | |

**DEFENDANTS' RESPONSE TO**
**PLAINTIFFS' STATEMENT OF ADDITIONAL MATERIAL FACTS**

Defendants McDonald's USA, LLC, McDonald's Corporation, Christopher Kempczinski and Charles Strong (collectively, "Defendants"), hereby respond to Plaintiffs' Statement of Additional Material Facts ("ASOF") as follows[1]:



2

































20











25













31































47

47

48











54













63

64































82



83







87

87































































































142









147











152







155





































174











Dated: January 16, 2026

Respectfully submitted,

/s/ Nigel F. Telman

Nigel F. Telman
Edward C. Young
Proskauer Rose LLP
70 W Madison, Suite 3800
Chicago, IL 60602-4342
Phone: 312-962-3548

178

Fax: 312-962-3551
ntelman@proskauer.com
eyoung@proskauer.com

Atoyia S. Harris
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130
Phone: 504-310-2027
Fax: 503-310-2022
aharris@proskauer.com

*Attorneys for Defendants McDonald's Corporation, McDonald's USA, LLC, Christopher Kempczinski and Charles Strong*

179

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2026, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF System, and notice was provided to all counsel of record.

*/s/ Nigel F. Telman*