## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Victoria Guster –Hines, et al.

                              Plaintiff,

v.                                                                Case No.: 1:20–cv–00117
                                                                  Honorable Mary M. Rowland

McDonald's USA, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 15, 2026:

      MINUTE entry before the Honorable Laura K. McNally: Video conference scheduled for 5/21/26 at 10:00 to set a settlement conference. Counsel are directed to confer with each other regarding schedules and then attend the video conference with information regarding their clients' and insurer's (if applicable) availability. The parties should also discuss whether they would prefer the settlement conference to be in person or by video (no hybrid). The parties are to appear at the video hearing by accessing the following link: https://us–courts.webex.com/meet/scott_white Parties who do not have access to a device with video capability and who intend to speak at the hearing must notify the courtroom deputy in advance and request the Court's permission to appear telephonically. Individuals may also listen via teleconference: 1–650–479–3207; Access: 23166424339. Those not speaking during the hearing must mute themselves. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.