## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Victoria Guster –Hines, et al.

                               Plaintiff,

v.

                                           Case No.: 1:20–cv–00117

McDonald's USA, LLC, et al.

                                           Honorable Mary M. Rowland

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 16, 2026:

       MINUTE entry before the Honorable Mary M. Rowland: In light of settlement conference [814], the Court strikes the in–person status conference set for 7/22/26. [821]. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.