# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Victoria Guster –Hines, et al.

                       Plaintiff,

v.

                                             Case No.: 1:20–cv–00117

                                             Honorable Mary M. Rowland

McDonald's USA, LLC, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 27, 2026:

        MINUTE entry before the Honorable Laura K. McNally: Settlement conference held on 7/27/26. The parties were unable to reach a resolution and are prepared to proceed to trial. Mailed notice (McNally, Laura)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.