IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VICTORIA GUSTER-HINES and DOMINECA NEAL,<br><br>Plaintiffs,<br><br>v.<br><br>McDONALD'S USA, LLC, a Delaware limited liability company, and CHARLES STRONG,<br><br>Defendants. | ) | Case No. 1:20-cv-00117<br><br>Honorable Mary M. Rowland<br><br>Magistrate Judge Laura K. McNally |

**DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF FIFTEEN PAGES IN SUPPORT OF <u>DEFENDANTS' *MOTIONS IN LIMINE*</u>**

Defendants McDonald's USA, LLC and Charles Strong (collectively "Defendants"), by and through their undersigned counsel, hereby respectfully move this Court for leave to file memorandums of law in support of their Consolidated Motions *in Limine* (MIL Nos. 4-8) and Motion *in Limine* No. 3 (together the "Motions *in Limine*") in excess of the fifteen-page limit set by Local Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois. In support thereof, Defendants state as follows:

1. Local Rule 7.1 provides that "[n]either a motion nor brief in support of or in opposition to any motion . . . shall exceed 15 pages without prior approval of the court."

2. Defendants seek leave to file (i) a memorandum in support of their Consolidated Motions *in Limine* Nos. 4-8 not to exceed 25 pages, and (ii) a memorandum in support of Motion in Limine No. 3, which consolidates a motion related to thirteen distinct categories of evidence, not to exceed 23 pages.

3. In accordance with Rule III of this Court's Joint Pretrial Order for Civil Cases, Defendants have consolidated Motions *in Limine* Nos. 4-8 into a single filing for efficiency. The Consolidated Motions *in Limine* seek to exclude evidence and argument regarding privileged communications and procedural matters; McDonald's inclusion initiatives during and after Plaintiffs' employment; media coverage and other public statements; improper jury arguments; and McDonald's Corporation's financial information. Although none of Motions *in Limine* Nos. 4-8 would independently exceed the fifteen-page limitation, their consolidation into a single memorandum results in a filing exceeding fifteen pages.

4. Motion *in Limine* No. 3 similarly consolidates into a single motion more than a dozen distinct categories of evidence and argument concerning third-party conduct, other employees, and alleged systemic discrimination that Defendants seek to exclude. The number and breadth of the issues addressed requires a memorandum exceeding fifteen pages.

5. Defendants have met and conferred with Plaintiffs. Plaintiffs represent that they do not oppose Defendants' motion with respect to Motions *in Limine* Nos. 4-8 provided that Defendants "provide a mutual agreement." Plaintiffs "oppose 23 pages for single MIL…[because] 15 pages is sufficient regardless of the numbers of documents that MIL may impact, etc."

6. Notwithstanding their partial opposition, granting this Motion will not prejudice Plaintiffs. The purpose of Defendants' motion is efficiency and a streamlined review of related arguments and/or categories of evidence. The alternative is simply to file unconsolidated Motions *in Limine* advancing the same important evidentiary arguments.

**WHEREFORE**, Defendants respectfully request, with partial consent, that this Court enter an order granting them leave to file (1) their Consolidated Motions in Limine Nos. 4–8 in a

memorandum not to exceed 25 pages, and (2) their Motion in Limine No. 3 in a memorandum not to exceed 23 pages.

DATED: August 20, 2026

PROSKAUER ROSE LLP

By: *s/ Nigel F. Telman*

Nigel F. Telman
Edward C. Young
Proskauer Rose LLP
70 W Madison, Suite 3800
Chicago, IL 60602-4342
Phone: 312-962-3548
Fax: 312-962-3551
ntelman@proskauer.com
eyoung@proskauer.com

Keisha-Ann G. Gray
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Phone: 212-969-3855
Fax: 212-969-2900
kgray@proskauer.com

Bart H. Williams
Proskauer Rose LLP
2049 Century Part East
Los Angeles, CA 90067
Phone: (310) 284-4520
bwilliams@proskauer.com

Atoyia S. Harris
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130
Phone: 504-310-2027
Fax: 503-310-2022
aharris@proskauer.com

*Attorneys for Defendants McDonald's USA, LLC, and Charles Strong*

**PROPOSED ORDER**

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Briefs in Excess of Fifteen Pages is GRANTED. Defendants are permitted to file (1) their Consolidated Motions *in Limine* Nos. 4–8 in a memorandum not to exceed 25 pages, and (2) their Motion *in Limine* No. 3 in a memorandum not to exceed 23 pages.

Dated: _______________

______________________________
Hon. Mary M. Rowland
United States District Judge