**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VICTORIA GUSTER-HINES and DOMINECA NEAL, | ) | Case No. 1:20-CV-00117 |
| Plaintiffs, | ) | Hon. Mary M. Rowland |
| v. | ) | |
| McDONALD'S USA, LLC, et al. | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**LEAVE TO FILE A CONSOLIDATED RESPONSE BRIEF**

Plaintiffs Victoria Guster-Hines and Domineca Neal (collectively "Plaintiffs"), by and through their undersigned counsel, hereby respectfully move this Court for leave to file a consolidated response to Defendants' motions *in limine* in excess of the fifteen-page limit set by Local Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois. In support thereof, Plaintiffs state as follows:

1. On August 24, Defendants filed nearly ninety (90) pages of briefs for their motions *in limine* (excluding tables of content and authorities) that were filed in six separate pleadings. Dkts. 845-950.

2. Defendants sought leave to file two oversized motions *in limine*, which the Court granted. Dkt. 843.

3. Plaintiffs seek to file a single consolidated response to all of the Defendants' motions *in limine* not to exceed seventy-five (75) pages of briefing.

4. Plaintiffs sought Defendants' position in advance of filing their motion and they do not oppose Plaintiffs' motion.

WHEREFORE, Plaintiffs respectfully seek an order from this Court granting them leave to file one consolidated response to Defendants' motions *in limine* not to exceed seventy-five (75) pages.

RESPECTFULLY SUBMITTED,

**VICTORIA GUSTER-HINES &**
**DOMINECA NEAL**

/s/ *Jon Loevy*
Attorneys for Plaintiff

Jon Loevy
Heather Lewis Donnell
Lindsay Hagy
Brian Morris
Aaron Tucek
Dominique Gilbert
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607