# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTORIA GUSTER-HINES and DOMINECA NEAL, Plaintiffs, | ) |
| vs. | ) No. 1:20-cv-00117 |
| McDONALD'S USA, LLC, a Delaware limited liability company, McDONALD'S CORPORATION, a Delaware corporation, STEVEN EASTERBROOK, CHRISTOPHER KEMPCZINSKI and CHARLES STRONG, Defendants. | ) |

VOLUME IV

MARCH 7, 2025

9:43 A.M.

The videotaped deposition of DOMINECA NEAL resumed pursuant to adjournment at Suite 3800, 70 West Madison Street, Chicago, Illinois, on the 7th day of March, A.D. 2025, at 9:43 a.m.

aside.
A. Okay.
Q. So, Ms. Neal, you're aware during the course of this litigation, your attorneys have produced to us documents over the years on your behalf.
Are you aware of that?
A. Yes.
Q. Okay. Are you aware that there was a production provided to us in January 2025?
A. Yes, I believe I'm aware.
Q. Okay. And in those documents, are you aware that there were e-mails which were from your internal McDonald's communications and McDonald's documents?
A. I don't recall what specifically was produced in January.
Q. Okay. So let me ask you this question: How did you maintain e-mails -- let's start with e-mails -- from your -- that you sent and received while you were employed by McDonald's? How did you maintain those e-mails after you left the company?
MS. DONNELL: Objection to the form of the question, vague, confusing.

MS. DONNELL: Nigel, you really are taking it the wrong way. To be honest -- and I'll let the record be clear -- it is an effort to try to move this forward.

You're asking about specific e-mails in a January production. The witness does not have those e-mails in front of her. Why don't you ask the question, and we'll go from there.

MR. TELMAN: Anything else?

MS. DONNELL: No, there's nothing else.

BY MR. TELMAN:

Q. Okay. So let me ask another question.

Did you retain e-mails from your McDonald's e-mail account after you left the company?

A. Can you please clarify?

Q. Yes. Did you send -- well, strike that.

Did you retain e-mails that you sent and received while you were employed at McDonald's via your McDonald's e-mail account?

A. It's -- I don't understand the question. Can you rephrase?

Q. The documents that you provided to your attorney after you left McDonald's, where did you

retain those documents?
A. Which documents?
Q. The e-mails.
A. That came from McDonald's -- that were forwarded?
Q. Well, that's what I'm asking you. That's what I'm asking you. There are --
A. So what is the question?
Q. There are these documents that you provided to your counsel. These documents from the face of the documents were e-mails -- some were e-mails that you sent and received while you were employed at McDonald's on your McDonald's e-mail account, and I'm asking you: When you left the company, how did you have those documents?
MS. DONNELL: Object to the form of the question.
But you can answer if you can.
BY THE WITNESS:
A. So for e-mails forwarded from McDonald's to my personal e-mail --
BY MR. TELMAN:
Q. Okay.
A. -- they were in my e-mail.

Q. Okay. So some of the documents you forwarded to your personal e-mail account?
A. You asked me e-mails --
Q. Uh-huh.
A. -- I forwarded from my work account to my personal account --
Q. Uh-huh.
A. -- were in that personal e-mail account.
Q. Okay. Were there any other places that you sent e-mails from your work e-mail account other than your personal e-mail account?
A. I don't recall sending them anywhere else.
Q. Did you put any --
MS. DONNELL: I just want to -- and I know it's getting -- you're kind of interrupting one another, so just maybe pause.
Okay. Go ahead.
BY MR. TELMAN:
Q. Did you put any e-mails on an external hard drive?
A. An external hard drive?
Q. Yeah, an -- an external storage.
A. Please clarify.