# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VICTORIA GUSTER-HINES and DOMINECA NEAL,<br><br>Plaintiffs,<br><br>v.<br><br>McDONALD'S USA, LLC, a Delaware limited liability company and CHARLES STRONG,<br><br>Defendants. | ) | Case No. 1:20-cv-00117<br><br>Honorable Mary M. Rowland<br><br>Magistrate Judge Laura K. McNally |

**DECLARATION OF LORELIE PAROLIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 2**

I, Lorelie Parolin, declare as follows:

1. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion *in Limine* No. 2. I have personal knowledge of the matters set forth in this declaration and, if called to testify, could and would competently testify thereto.

2. I am a former employee of McDonald's USA, LLC. Neither Defendant employs me nor controls my current work schedule, professional commitments, or travel.

3. I currently serve as Vice President, Learning and Leadership Development at AbbVie. In that role, I lead AbbVie's leadership and enterprise learning work across an organization of approximately 57,000 employees.

4. I understand that trial of this matter is scheduled to begin on September 21, 2026 and is anticipated to continue through approximately October 2, 2026. I understand that Defendants have identified me as a witness that they will call in their case in chief.

5. During the anticipated trial period, I am scheduled to participate in two AbbVie commitments: (1) the Executive Transition Program in Lake Forest, Illinois, from September 22

through September 24, 2026; and (2) the International Country HRD Meeting in Mainz, Germany, from September 29 through October 1, 2026.

6. The Executive Transition Program is a three-day, offsite executive professional-development program held at The Forester Hotel in Lake Forest, Illinois. All times for the program are Central Daylight Time (CDT). The program begins at 8:00 a.m. each day, runs until 5:15 p.m. on September 22 and 23, includes a group dinner on September 22, and continues through midday on September 24.

7. I will be in the Chicago area and available to testify in person on September 21 and September 25, 2026.

8. The International Country HRD Meeting is an AbbVie human-resources meeting at the Hilton Mainz in Mainz, Germany. The meeting invitation asks participants to arrive on September 28 for a welcome reception. All meeting times are Central European Summer Time (CEST). The meeting begins at 9:00 a.m. on September 29 and concludes at 3:30 p.m. on October 1.

9. My confirmed itinerary has me depart Chicago O'Hare International Airport for Frankfurt, Germany, at 4:05 p.m. CDT on September 27 and arrive in Frankfurt at 7:25 a.m. CEST on September 28. My return flight is scheduled to depart Frankfurt at 5:20 p.m. CEST on October 1 and arrive in Chicago at 7:55 p.m. CDT on October 1, 2026.

10. On Wednesday, September 30, I am scheduled to co-present a session titled 'Bringing Our Strategy to Life: Leading Transformation Through AI' from 9:10 a.m. to 10:25 a.m. CEST. My attendance and presentation are required and cannot be delegated or rescheduled.

11. The Germany meeting and my related travel were already planned when I joined AbbVie in December 2025. Neither Defendants nor their counsel had any role in scheduling these AbbVie commitments or my travel.

12. From my departure for Germany until my return to Chicago, I will be outside the United States. Appearing in person in Chicago during that period would require me to interrupt my international travel and miss at least some of the scheduled meeting sessions and related professional obligations.

13. Although I cannot appear in person in Chicago while I am traveling internationally, I am willing to testify live by contemporaneous video. From September 28 through October 1, I can step away during certain portions of the meeting and work with counsel to coordinate my testimony around my fixed presentation and travel commitments, taking into account that Mainz will be on CEST and Chicago will be on CDT.

14. While in Germany, I will have access to a private room, a reliable internet connection, and a computer with a camera and microphone. I can receive and review exhibits electronically and will comply with any procedures or safeguards the Court requires for remote testimony.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2 day of September, 2026

Lorelie Parolin