# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VICTORIA GUSTER-HINES and DOMINECA NEAL,<br><br>Plaintiffs,<br><br>v.<br><br>McDONALD'S USA, LLC, a Delaware limited liability company and CHARLES STRONG,<br><br>Defendants. | ) | Case No. 1:20-cv-00117<br><br>Honorable Mary M. Rowland<br><br>Magistrate Judge Laura K. McNally |

**DECLARATION OF EDWARD YOUNG IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 2**

I, Edward Young, declare as follows:

1. I am an attorney at law, admitted to practice in the State of Illinois. I am an attorney with the law firm Proskauer Rose LLP, and counsel of record for Defendants McDonald's USA, LLC and Charles Strong. I am familiar with the facts set forth below and submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion *in Limine* No. 2. I have personal knowledge of the matters set forth in this declaration and, if called to testify, could and would competently testify thereto. On September 1, 2026, I communicated with Melissa Kersey, and she informed me of the facts specifically attributed to her below.

2. Ms. Kersey confirmed that she is a former employee of McDonald's USA, LLC and, as such, McDonald's USA, LLC does not control her current work schedule, professional commitments, or travel. Ms. Kersey informed me that, after leaving McDonald's USA, LLC, she went to work for Tractor Supply as the Executive Vice President, Chief Human Resources Officer, where she provides executive leadership and oversight of Tractor Supply's human resources and talent strategy, including talent acquisition, compensation and benefits, talent management,

leadership development, training, organizational effectiveness, and Team Member engagement and culture.

3. Ms. Kersey also informed me that she resides in Franklin, Tennessee, more than 100 miles from the federal courthouse in Chicago, Illinois.

4. Ms. Kersey further informed me that, during the anticipated trial period, she is scheduled to attend a Floor & Décor Board of Directors meeting in Atlanta, GA from 3:00 p.m. EDT September 27, 2026 to 2:00 p.m. EDT on September 28, 2026.

5. Ms. Kersey informed me that this commitment was scheduled a year in advance as part of her responsibilities to Floor & Décor. Neither McDonald's USA, LLC nor its counsel had any role in scheduling the Floor & Décor commitment.

6. Ms. Kersey informed me that her role in this commitment is as a Floor & Décor Board Member & Compensation Committee Chair. In these roles, she provides strategic oversight and governance as a member of the Board of Directors and chairs the Compensation Committee, overseeing executive compensation programs, policies, incentives, and related human-capital matters. As a Board Member, her attendance is required to fulfill governance and fiduciary responsibilities, participate in key strategic discussions and decisions, review company performance and risks, and vote on matters requiring Board approval.

7. Ms. Kersey informed me that, for remote testimony, she will have access to a private room, a reliable internet connection, and a computer with a camera and microphone. She can receive and review exhibits electronically and will comply with any procedures or safeguards the Court requires.

8. Ms. Kersey was deposed in this case on October 13, 2023, which I attended virtually, along with other defense counsel and Plaintiffs' counsel attended and questioned her.

9. Ms. Kersey informed me that her residence and the work commitment described above are independent of this litigation. Neither McDonald's USA, LLC nor its counsel asked her

to change her residence, work schedule, travel, or availability to affect how her testimony would be presented. Ms. Kersey informed me that she will promptly notify counsel if her schedule or anticipated location during trial changes, and I will promptly advise the Court and Plaintiffs' counsel of any change of which I am informed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of September, 2026

*/s/ Edward C. Young*

Edward Young