**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Victoria Guster −Hines, et al.
Plaintiff,
v.
McDonald's USA, LLC, et al.
Defendant.

Case No.: 1:20−cv−00117
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2026:

MINUTE entry before the Honorable Mary M. Rowland: Pretrial conference held on 9/16/2026. The parties are to report to Court for jury selection at 10:00am on 9/22/2026. The parties' supplemental authority is due to the Court by the end of the day on 9/17/2026. By noon on 9/18/2026, the parties are to file a joint update as to the relevant time period for which evidence of (1) Plaintiffs' harassment and (2) conduct the formed the basis of Neal's retaliation and her termination will be relevant and admissible. By noon on 9/18/26 Defendants are to identify the exhibits (1) they mistakenly marked as exhibits for trial that they intend only to rely on to refresh or impeach (those are not exhibits for admission); (2) exhibits they know they will seek admission of; and (3) exhibits they are highly likely to seek admission of. This will leave a batch of exhibits defendants may seek admission of that were identified in the final pretrial order that are not identified in these three lists. Plaintiffs will not be permitted to object to an exhibit because it is not identified on this revised list if it was identified in the pretrial order. By 9/21/2026, Defendants are to submit a version of Mr. Lowery's deposition transcript reflecting the highlights ordered in [889], and Plaintiffs are to submit two tabulated binders containing the materials (pleadings, discovery requests and responses, deposition testimony, or otherwise) that support the harassment Plaintiffs may testify regarding were disclosed. For the reasons stated on the record, the Complaint [1] and Third Amended Complaint [94] are inadmissible. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.