**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VICTORIA GUSTER-HINES and DOMINECA NEAL, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:20-cv-00117 |
| McDONALD'S USA, LLC, a Delaware limited liability company, and CHARLES STRONG, | ) | Honorable Mary M. Rowland<br>Magistrate Judge Laura K. McNally |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO DISMISS**

Plaintiffs, by and through their attorneys, LOEVY & LOEVY, respectfully move this court for an order dismissing their case with prejudice. In support of their motions, Plaintiffs state as follows:

1. On September 18, 2026, the Parties entered into a settlement in principle.

2. The Parties have finalized and executed a settlement agreement.

3. In light of the Parties' agreement, Plaintiffs move to voluntarily dismiss their case with prejudice.

WHEREFORE, Plaintiffs respectfully move this court for an order dismissing their case with prejudice.

RESPECTFULLY SUBMITTED,

**VICTORIA GUSTER-HINES & DOMINECA NEAL**

/s/ Heather Lewis Donnell
*One of Plaintiffs' Attorneys*

Jon Loevy
Heather Lewis Donnell
Brian Morris
Lindsay Hagy
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
heather@loevy.com
morris@loevy.com
lindsay@loevy.com