**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Victoria Guster −Hines, et al.

Plaintiff,

v.

Case No.: 1:20−cv−00117
Honorable Mary M. Rowland

McDonald's USA, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 26, 2026:

MINUTE entry before the Honorable Mary M. Rowland: Plaintiffs' motion to dismiss [916] is granted. This action is dismissed with prejudice against all defendants. All pending motions are denied as moot. Civil case terminated. Status hearing previously set for 11/10/26 is stricken. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.